PHILLIP A. TALBERT
United States Attorney
MICHAEL G. TIERNEY
JESSICA A. MASSEY
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

**SEALED**

FILED
Aug 04, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CHARLES BARRETT,<br><br>    Defendant. | CASE NO. **1:22-CR-00213-DAD-BAM**<br><br>18 U.S.C. § 2241(a)(1) –Aggravated Sexual Abuse (TWO COUNTS); 18 U.S.C. § 2244(b) (ONE COUNT); 18 U.S.C. §§ 2253(a)(2) and 2253(a)(3) – Criminal Forfeiture |

I N D I C T M E N T

COUNT ONE: [18 U.S.C. § 2241(a)(1) –Aggravated Sexual Abuse]

    The Grand Jury charges: T H A T

CHARLES BARRETT,

defendant herein, on or about August 13, 2016, in Yosemite National Park, in the Eastern District of California and in the special maritime and territorial jurisdiction of the United States, did knowingly cause K.G. to engage in sexual acts, specifically, contact between the penis and the anus, and contact between the penis and vulva, by using force against K.G.

    All in violation of Title 18, United States Code, Section 2241(a)(1).

1  COUNT TWO: [18 U.S.C. § 2244(b) –Abusive Sexual Contact]

2  The Grand Jury further charges: T H A T

3  CHARLES BARRETT,

4 defendant herein, on or about August 14, 2016, in Yosemite National Park, in the Eastern District of
5 California and in the special maritime and territorial jurisdiction of the United States, did knowingly
6 engage in sexual contact with K.G. without K.G.'s permission, specifically by causing penetration of the
7 genital opening of another with a finger, and with the intent to abuse, humiliate, degrade, harass, arouse,
8 and gratify the sexual desire of any person.

9  All in violation of Title 18, United States Code, Section 2244(b).

10

11  COUNT THREE: [18 U.S.C. § 2241(a)(1) –Aggravated Sexual Abuse]

12  The Grand Jury further charges: T H A T

13  CHARLES BARRETT,

14 defendant herein, on or about August 14, 2016, in Yosemite National Park, in the Eastern District of
15 California and in the special maritime and territorial jurisdiction of the United States, did knowingly
16 cause K.G. to engage in sexual acts, specifically, contact between the penis and the vulva, by using force
17 against K.G.

18  All in violation of Title 18, United States Code, Section 2241(a)(1).

19

20  FORFEITURE ALLEGATION:  [18 U.S.C. §§ 2253(a)(2) and 2253(a)(3) – Criminal Forfeiture]

21  1.  Upon conviction of one or more of the offenses alleged in Count One through Three of
22 this Indictment, defendant CHARLES BARRETT shall forfeit to the United States pursuant to 18 U.S.C.
23 §§ 2253(a)(2) and 2253(a)(3), any property, real or personal, constituting or traceable to gross profits or
24 other proceeds the defendant obtained as a result of said violations; and any property, real or personal,
25 used or intended to be used to commit or to promote the commission of such violations or any property
26 traceable to such property.

27  2.  If any property subject to forfeiture as a result of the offenses alleged in Counts One
28 through Three of this Indictment, for which defendant is convicted:

1        a.    cannot be located upon the exercise of due diligence;

2        b.    has been transferred or sold to, or deposited with, a third party;

3        c.    has been placed beyond the jurisdiction of the Court;

4        d.    has been substantially diminished in value; or

5        e.    has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to 18 U.S.C. § 2253(b), incorporating 21 U.S.C. § 853(p), to seek forfeiture of any other property of said defendant, up to the value of the property subject to forfeiture.

A TRUE BILL.

/s/ Signature on file w/AUSA

_____
FOREPERSON

PHILLP A. TALBERT
United States Attorney

**KIRK E. SHERRIFF**
_____
KIRK E. SHERRIFF
Assistant United States Attorney
Chief, Fresno Office

INDICTMENT      3