No. _____

# SEALED

FILED
Aug 04, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

1:22-CR-00213-DAD-BAM

## THE UNITED STATES OF AMERICA
*vs.*

## CHARLES BARRETT

### INDICTMENT

**VIOLATION(S):** 18 U.S.C. § 2241(a)(1) – Aggravated Sexual Abuse (TWO COUNTS); 18 U.S.C. § 2244(b) (ONE COUNT); 18 U.S.C. §§ 2253(a)(2) and 2253(a)(3) – Criminal Forfeiture

*A true bill,*

/s/
_____
*Foreman.*

*Filed in open court this* _____ *day*

*of* _____, A.D. 20 _____

_____
*Clerk.*

*Bail, $* \_\_ \_\_PLEASE ISSUE NO BAIL WARRANT\_\_ \_\_

Sheila K. Oberto    8/4/2022

GPO 863 525

**United States v. Charles Barrett**
**Penalties for Indictment**

## COUNTS 1 and 3:

VIOLATION:     18 U.S.C. § 2241(a)(1) – Aggravated Sexual Abuse

PENALTIES:     Any term of years in prison and up to life in prison; or
Fine of up to $250,000; or both fine and imprisonment
Supervised release of up to 5 years

SPECIAL ASSESSMENT: $100 (mandatory on each count)

## COUNT 2:

VIOLATION:     18 U.S.C. § 2244(b) – Abusive Sexual Contact

PENALTIES:     Two years of imprisonment; or
Fine of up to $250,000; or both fine and imprisonment
Supervised release of up to one year

SPECIAL ASSESSMENT: $100 (mandatory on each count)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION -- IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
☐ SUPERSEDING: Case No.

**OFFENSE CHARGED**
SEE INDICTMENT

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

Place of offense: YOSEMITE NATIONAL PARK

U.S.C. Citation: See Indictment

Name of District Court, and/or Judge/Magistrate Judge Location (City)
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**DEFENDANT -- U.S. vs.**
CHARLES BARRETT

Address:

Birth Date:
☒ Male   ☐ Alien (if applicable)
☐ Female
(Optional unless a juvenile)

---

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)
SA Kristy McGee- NPS

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per FRCrP ☐ 20 ☐ 21 ☐ 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y   ☐ Defense
☐ this prosecution relates to a pending case involving this same defendant
☒ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE JUDGE CASE NO.

**DEFENDANT**

**IS *NOT* IN CUSTODY**
1) ☒ Has not been arrested, pending outcome of this proceeding
   If not detained, give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges   ☐ Fed'l  ☐ State
   If answer to (6) is "Yes," show name of institution

Has detainer been filed?  ☐ Yes  ☐ No   If "Yes," give date filed
Mo.  Day  Year

**DATE OF ARREST**

Or... if Arresting Agency & Warrant were not Federal
Mo.  Day  Year

**DATE TRANSFERRED TO U.S. CUSTODY**

Name and Office of Person Furnishing Information on THIS FORM: KERRY RIN
☐ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): MICHAEL G. TIERNEY

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**
[X] ADD FORFEITURE UNIT (Check if Forfeiture Allegation)

**PLEASE ISSUE NO BAIL WARRANT.**