Phillip A. Talbert
United States Attorney
Michael G. Tierney
Jessica A. Massey
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA  93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

**SEALED**

FILED

Aug 04, 2022

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>CHARLES BARRETT<br><br>　　　　　　　Defendant, | CASE NO. 1:22-CR-00213-DAD-BAM<br><br>MOTION AND PROPOSED ORDER TO SEAL INDICTMENT |

　　　The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on December 2, 2021 charging the above defendant with violations, 18 U.S.C. § 2241(a)(1) –Aggravated Sexual Abuse (TWO COUNTS); 18 U.S.C. § 2244(b) (ONE COUNT); 18 U.S.C. §§ 2253(a)(2) and 2253(a)(3) – Criminal Forfeiture be kept secret until the defendant named in this Indictment is either in custody or has been given bail on these offenses; and further order that until such time as the defendant is in custody or has been given bail, that no person shall disclose the finding of the Indictment or any warrants issued pursuant thereto, except when necessary for the issuance and execution of the

Motion to Seal Indictment　　　　　　　　　1

warrants.

DATED:                                    Respectfully submitted,

                                          PHILLIP A, TALBERT
                                          United States Attorney

                                    By    /s/ Michael G. Tierney
                                          MICHAEL G. TIERNEY
                                          Assistant U.S. Attorney

IT IS SO ORDERED.

Dated: August 4th, 2022            _____
                                   SHEILA K. OBERTO
                                   U.S. Magistrate Judge