PHILLIP A. TALBERT
United States Attorney
MICHAEL G. TIERNEY
JESSICA A. MASSEY
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099
Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:22-CR-000213 |
|---|---|
| Plaintiff | UNITED STATES' MOTION TO UNSEAL INDICTMENT, ARREST WARRANT, ANS RELATED COURT FILINGS |
| v. | |
| CHARLES BARRETT, | |
| Defendant. | |

The United States hereby moves this Court to unseal the Indictment and Arrest Warrant, and other court filings in this case. Defendant Barrett was arrested on August 29, 2022 and will make his initial appearance on August 30, 2022. The defendant is the sole defendant charged in the Indictment. Therefore, the court filings must be unsealed to advise the defendant in open court of the charges against him, and no countervailing interest exists to keep the Indictment, Arrest Warrant, and retated court filings under seal.

DATED: August 29, 2022

PHILLIP A. TALBERT
United States Attorney

*/s/ Michael G. Tierney*
MICHAEL G. TIERNEY
Assistant United States Attorney

1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 1:22-CR-00213 |
| ) | |
| Plaintiff, ) | **UNSEALING ORDER** |
| v. ) | |
| ) | |
| CHARLES BARRETT, ) | |
| ) | |
| Defendant. ) | |

Good cause appearing due to the defendant's pending initial appearance, it is hereby ordered that the Indictment, Arrest Warrant, and related court filings in the above case be UNSEALED.

IT IS SO ORDERED.

Dated:   **August 30, 2022**

UNITED STATES MAGISTRATE JUDGE

2