1   PHILLIP A. TALBERT
    United States Attorney
2   JESSICA A. MASSEY
    MICHAEL G. TIERNEY
3   Assistant United States Attorney
    2500 Tulare Street, Suite 4401
4   Fresno, CA 93721
    Telephone:  (559) 497-4000
5   Facsimile:  (559) 497-4099

6

7   Attorneys for Plaintiff
    United States of America

8

9                  IN THE UNITED STATES DISTRICT COURT

10                 EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,          CASE NO.  1:22-CR-00213-ADA-BAM

                        Plaintiff,     STIPULATION REGARDING EXCLUDABLE
13                                      TIME PERIODS UNDER SPEEDY TRIAL ACT;
                  v.                    AND ORDER
14
    CHARLES BARRETT,                    DATE: September 28, 2022
15                                      TIME:   1:00pm
                        Defendant.      COURT: Hon. Barbara A. McAuliffe
16

17                              **STIPULATION**

18       Plaintiff United States of America, by and through its counsel of record, and defendant, by and

19  through defendant's counsel of record, hereby stipulate as follows:

20       1.      By previous order, this matter was set for a status conference on September 28, 2022.

21       2.      By this stipulation, defendant now moves to continue the status conference until

22  November 9, 2022, and to exclude time between September 28, 2022, and November 9, 2022, under 18

23  U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

24       3.      The parties agree and stipulate, and request that the Court find the following:

25       a)      The government has represented that initial discovery associated with this case

26  has been provided. The government anticipates providing additional discovery in this matter and

27  is aware of its ongoing discovery obligations.

28       b)      The government is amenable to providing a plea offer if requested.

    STIPULATION REGARDING EXCLUDABLE TIME          1
    PERIODS UNDER SPEEDY TRIAL ACT

1    c)        Counsel for defendant desires additional time to confer with his client about a

2    possible resolution, to review discovery, and to otherwise prepare for trial.

3    d)        Counsel for defendant believes that failure to grant the above-requested

4    continuance would deny him/her the reasonable time necessary for effective preparation, taking

5    into account the exercise of due diligence.

6    e)        The government does not object to the continuance.

7    f)        Based on the above-stated findings, the ends of justice served by continuing the

8    case as requested outweigh the interest of the public and the defendant in a trial within the

9    original date prescribed by the Speedy Trial Act.

10   g)        For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

11   et seq., within which trial must commence, the time period of September 28, 2022, to November

12   9, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local

13   Code T4] because it results from a continuance granted by the Court at defendant's request on

14   the basis of the Court's finding that the ends of justice served by taking such action outweigh the

15   best interest of the public and the defendant in a speedy trial.

16   4.        Nothing in this stipulation and order shall preclude a finding that other provisions of the

17   Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

18   must commence.

19

20   IT IS SO STIPULATED.

21

 Dated:  September 21, 2022                                PHILLIP A. TALBERT
22                                                         United States Attorney

23                                                         /s/ JESSICA A. MASSEY
                                                           JESSICA A. MASSEY
24                                                         Assistant United States Attorney

25                                                         /s/ TIMOTHY P. HENNESSY
26   Dated:  September 21, 2022                             TIMOTHY P. HENNESSY
                                                           Counsel for Defendant
27                                                         CHARLES BARRETT

28

STIPULATION REGARDING EXCLUDABLE TIME                    2
PERIODS UNDER SPEEDY TRIAL ACT

1

2

### **ORDER**

3

   IT IS SO ORDERED that the status conference is continued from September 28, 2022, to

4

**November 9, 2022, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**.  Time is excluded

5

pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

6

7

IT IS SO ORDERED.

8

   Dated:   **September 21, 2022**        /s/ *Barbara A. McAuliffe*     _

9

                                     UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

3