PHILLIP A. TALBERT
United States Attorney
MICHAEL G. TIERNEY
JESSICA A. MASSEY
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 559-4000
Facsimile: (559) 559-4099

Attorneys for the
 United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:22-CR-00213-ADA-BAM |
|---|---|
| Plaintiff, | |
| v. | JOINT STATUS REPORT |
| CHARLES BARRETT, | |
| Defendant. | |

## **BACKGROUND**

This matter is currently set for status conference on November 9, 2022. Doc. 22. On October 25, 2022, the Court issued a minute order directing the parties to submit a joint status report "informing the court of the status of the case, including whether any change of plea is anticipated, a proposed next date for a status conference or change of plea, and whether defendant agrees to exclude time to the next date." *Id.* The parties' response appears below.

## **STATUS REPORT**

The government has produced an initial set of discovery to the defense. On or about October 26, 2022, the government informed the defense that electronic devices seized at the time of the defendant's arrest had been imaged and would be made available to the defense. On November 2, 2022, the government requested that defense provide a six-terabyte hard drive in order to receive those items. Due to scheduling concerns in arranging with jail staff a meeting time with the defendant, defense counsel anticipates being unable to discuss with defendant how

1

and when to proceed in light of the recent additional discovery for several more days. The parties are accordingly unable at this time to stipulate to a continuance of the status conference.

     The parties therefore request that the status conference remain as previously set on November 9, 2022.

Respectfully submitted,

PHILLP A. TALBERT

United States Attorney

DATED: November 2, 2022          By: /s/ Michael G. Tierney
Michael G. Tierney
Assistant United States Attorney

Dated: November 2, 2022

By: /s/ Timothy P. Hennessy
TIMOTHY P. HENNESSY
Attorney for Charles Barrett