1  **HENNESSY LAW GROUP**
Timothy Hennessy State Bar No. 286317
2  1217 L Street
Bakersfield, CA 93301
3  Tel: (661) 237-7179
Fax: (661) 742-1898
4  Email: tph@hennessyatlaw.com

5  **TORRES|TORRES STALLINGS
A LAW CORPORATION**
6  David Torres, SBN 135059
1318 "K" Street
7  Bakersfield, California 93301
Tel.: (661) 326-0857
8  Email: dtorres@lawtorres.com

9  Attorney for:
CHARLES BARRETT
10

11  **IN THE UNITED STATES DISTRICT COURT**

12  **FOR THE EASTERN DISTRICT of CALIFORNIA**

13

| UNITED STATES OF AMERICA, | ) | Case No.: 1:22-cr-00213-ADA-BAM |
|---|---|---|
| Plaintiff, | ) ) ) ) | **STIPULATION AND ORDER TO CONTINUE MOTIONS DUE DATE** |
| vs. | ) ) | |
| CHARLES BARRETT, | ) ) ) | |
| Defendant | ) | |

18

19  TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE

20  BARBARA A. MCAULIFFE AND MICHEAL TIERNEY, ARIN HEINZ, JESSICA MASSEY,

21  ASSISTANT UNITED STATES ATTORNEY:

22  **COMES NOW** Defendant, CHARLES BARRETT, by and through his attorney of

23  record, Timothy Hennessy and David Torres, hereby requesting that the motions in limine due

24  date set for Friday, March 17, 2023, be reset to Wednesday, March 22, 2023.

25  Defense Counsel needs more time to write and finalize motions. Mr. Torres has been in a multi-defendant homicide trial in the matter of *People vs. Ronald Pierce, et al., BF179192A* in

Stipulation and Proposed Order to Continue Motions Due Date

1

front of the Honorable Kenneth Twisselman since January 18, 2023. Trial concluded today, March 15, 2023. Mr. Hennessy has also been engaged in a multi-defendant homicide trial, *People v. West, et al., BF188340A*. I have spoken to AUSA Michael Tierney, and he has no objection to resetting the motions date. All other due dates and hearing dates are to stay as ordered by the court.

The parties also agree the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1).

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED:3/15/2023        */s/ Timothy Hennessy*
                       TIMOTHY HENNESSY
                       Attorney for Defendant
                       CHARLES BARRETT

DATED:3/15/2023        */s/ David A. Torres*
                       DAVID A. TORRES
                       Attorney for Defendant
                       CHARLES BARRETT

DATED:3/15/2023        */s/Michael Tierney*
                       MICHAEL TIERNEY
                       Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED** that the motions in limine due date of Friday, March 17, 2023, be reset to Wednesday, March 22, 2023.

IT IS SO ORDERED.

Dated:   March 16, 2023

_____
UNITED STATES DISTRICT JUDGE