Case 1:22-cr-00213-ADA-BAM   Document 50-3   Filed 03/22/23   Page 1 of 13

INTERVIEW WITH CHARLIE BARRETT
Interviewer: SA Kristy McGee
07-14-21/11:25
Case # NP20035840
Page 10

| | | |
|---|---|---|
| 403 | | |
| 404 | Q: | So, and then with the, um, like, restraining order, I've a- there's, like, a pattern |
| 405 | | where that happens. Um, I feel like I have a curse, that this was my way to |
| 406 | | save myself was to get into this business because there's a reason why I can |
| 407 | | understand things, and it - it comes from where I came - like that hurt child |
| 408 | | that I think you were. |
| 409 | | |
| 410 | A: | Mm-hm. |
| 411 | | |
| 412 | Q: | And so it helps me to be very good at figuring out what's going on. 'Cause I |
| 413 | | see people as people not as, like, good or bad. |
| 414 | | |
| 415 | A: | Yeah |
| 416 | | |
| 417 | Q: | And so that's where - I don't wanna dig a - I don't want you to dig a hole with |
| 418 | | something. I don't wanna play that game where I wait and you tell me |
| 419 | | everything. And then I'm like, well, actually I have this, and I have this, and I |
| 420 | | have this. I don't want to do that. |
| 421 | | |
| 422 | A: | Mm-hm. Yeah, I don't know. |
| 423 | | |
| 424 | Q: | Is it possible that, like, that weekend with (     ) that - like, I want you to tell |
| 425 | | me everything that you remember from there, but... |
| 426 | | |
| 427 | A: | I remember everything completely clearly. Which is - yeah. And I have |
| 428 | | witnesses to that, too, which is awesome. |
| 429 | | |
| 430 | Q: | Okay, and if it - m- you know, and that's where I think I just don't want you to |
| 431 | | dig any holes... |
| 432 | | |
| 433 | A: | Yeah. |
| 434 | | |
| 435 | Q: | ...with other - like if someone (unintelligible) information. |
| 436 | | |
| 437 | A: | No, like, I know I'm safe with that. Like, I just kn- I know she's not sane and, |
| 438 | | | you know, it's been proven by multiple people. So, I'm -know I'm s- okay with |
| 439 | | whatever craziness she's got goin' on, so. Quicker - quicker, we get it over |
| 440 | | with, the quicker, I don't know, it's out of my life. 'Cause, it's already been |
| 441 | | outta my life for years. When I first heard about it, it was kind of - it hurt to, |
| 442 | | like, hear, and I was like, wait. And then I talked to people and remembered |
| 443 | | things. And there's, like, yeah, like, that's not your fault. Like - like one of my |
| 444 | | friends not hiring her at a store, at a restaurant, 'cause he did a background |
| 445 | | check on her and everyone was, like, she's crazy, don't hire her. And I was |
| 446 | | like, yeah. And then we talked about her a little bit. And he's like, yeah, she's |

Case 1:22-cr-00213-ADA-BAM   Document 50-3   Filed 03/22/23   Page 2 of 13

INTERVIEW WITH CHARLIE BARRETT
Interviewer: SA Kristy McGee
07-14-21/11:25
Case # NP20035840
Page 11

| | | |
|---|---|---|
| 447 | | definitely out of her mind. I was like, yeah, it's w- known now by a lot of |
| 448 | | people, so. |
| 449 | | |
| 450 | Q: | Who was that? |
| 451 | | |
| 452 | A: | Um, I don't r- I don't wanna give any names or say anything until they - it |
| 453 | | needs to come up. |
| 454 | | |
| 455 | Q: | Yeah. Um. |
| 456 | | |
| 457 | A: | But. |
| 458 | | |
| 459 | Q: | Because I'm wondering if there is a - is ther- if there was a possibility that - |
| 460 | | that you were so drunk during that time period that your perspective of it was |
| 461 | | a little different than hers. |
| 462 | | |
| 463 | A: | Nope. I have, you can ask any one of my friends, I have the best memory in |
| 464 | | the world. And I remember things to the T. I can remember small details that |
| 465 | | she would definitely not remember. And you can ask any one of my |
| 466 | | coworkers that worked at that place, including Stu, who's not a co-worker. |
| 467 | | Um, and I can tell you conversations we had, what clothes I was wearing, |
| 468 | | small things down to the T. |
| 469 | | |
| 470 | Q: | You wanna s- do that and explain that to me? |
| 471 | | |
| 472 | A: | Well, ah, like, am I being charged with anything? What's goin' on, like |
| 473 | | (unintelligible). |
| 474 | | |
| 475 | Q: | Like, you're not - this is - this is what this is is, like, as much information as |
| 476 | | you can provide to me will help. It's the United States Attorney's Office |
| 477 | | decide which way they want to go on it. If they go on what I have... |
| 478 | | |
| 479 | A: | Mm-hm. |
| 480 | | |
| 481 | Q: | ...at - they're gonna tell me to keep - keep, find as many victims as you can. |
| 482 | | And so I'm gonna keep doing that. And then they will - and, I'm over it. |
| 483 | | |
| 484 | A: | Yeah. |
| 485 | | |
| 486 | Q: | But I will do it because that's what they'll tell me to do. |
| 487 | | |
| 488 | A: | Yeah, well, she's the first person that's ever said that, so, that's. |
| 489 | | |
| 490 | Q: | She's the pers- the first person that's ever said what? |
| 491 | | |

Case 1:22-cr-00213-ADA-BAM   Document 50-3   Filed 03/22/23   Page 3 of 13

INTERVIEW WITH CHARLIE BARRETT
Interviewer: SA Kristy McGee
07-14-21/11:25
Case # NP20035840
Page 12

| | | |
|---|---|---|
| 492 | A: | The first person that's ever, like, accused that, or whatever, so. |
| 493 | | |
| 494 | Q: | Well, um, and, um, she wasn't the only person that did, in my investigation. |
| 495 | | |
| 496 | A: | (Unintelligible)? Who? |
| 497 | | |
| 498 | Q: | Um,                from... |
| 499 | | |
| 500 | A: |          ? Yes, that makes this so much better. |
| 501 | | |
| 502 | Q: | Well, and then there is, like, stuff you've - you putting stuff on Facebook and |
| 503 | | social media about her and seeing her at - what she looked like at (     ) |
| 504 | |            and calling people in the middle of the night and telling them that you |
| 505 | | wanna kill her because she - she's the reason why your girlfriend... |
| 506 | | |
| 507 | A: | (     )? |
| 508 | | |
| 509 | Q: | ...(     ) broke up with you. |
| 510 | | |
| 511 | A: | I don't know her number. I've never called her once in my life. |
| 512 | | |
| 513 | Q: | Yeah, she's - she knows - she has said it went through              ) text |
| 514 | | messages and different things. |
| 515 | | |
| 516 | A: | This is amazing. That - all of that's not true at all. I can - I bet my mom's life |
| 517 | | on that one. She's - yes, this - okay, I just hope this doesn't fuck me 'cause I - I |
| 518 | | know it's not true, which is good. But I've also been screwed over for being in |
| 519 | | the right before. So I gotta figure out how to protect myself during this, |
| 520 | | because I know that's not true. I know. So - I got a text, actually, I wonder - I |
| 521 | | got a new phone or dropped my phone. Um... |
| 522 | | |
| 523 | Q: | (Unintelligible). |
| 524 | | |
| 525 | A: | ...I - I don't even have a text thread with her - with (     ) -              , |
| 526 | | 'cause I told her - 'cause I thought she was the one that, uh, initially, like, a- |
| 527 | | accused me of that. And so I text (     ), and I was like, what the hell? And |
| 528 | | she's like, no, um, I talked to her and she said, you never did that to her at all. |
| 529 | | And she said that's first-hand word from her. And you can call ( |
| 530 | | right now and she'll say the same exact words. |
| 531 | | |
| 532 | Q: | And so for - when did you hear about this... |
| 533 | | |
| 534 | A: | That's awesome |
| 535 | | |

Case 1:22-cr-00213-ADA-BAM   Document 50-3   Filed 03/22/23   Page 4 of 13

INTERVIEW WITH CHARLIE BARRETT
Interviewer: SA Kristy McGee
07-14-21/11:25
Case # NP20035840
Page 13

| | | |
|---|---|---|
| 536 | Q: | The          thing, or the - 'cause, like, before, you know how when          sent |
| 537 | | you the message, like, you thought everything was cool. |
| 538 | | |
| 539 | A: | Mm-hm. |
| 540 | | |
| 541 | Q: | And then she sent you the message. |
| 542 | | |
| 543 | A: | Yeah, that was outta the blue. |
| 544 | | |
| 545 | Q: | (Unintelligible) something, like, I think there was a first one, kind of like, um. |
| 546 | | |
| 547 | A: | From me or from her? |
| 548 | | |
| 549 | Q: | Like you, from - from you reaching out to her, asking... |
| 550 | | |
| 551 | A: | Yeah. |
| 552 | | |
| 553 | Q: | ...her about going to a wedding or something. Do you still have the phone with |
| 554 | | y- the messages in your phone too? 'Cause that... |
| 555 | | |
| 556 | A: | Not that I... |
| 557 | | |
| 558 | Q: | ...from that time? |
| 559 | | |
| 560 | A: | Not that I can - I can look for an old phone. |
| 561 | | |
| 562 | Q: | Or w-, like, would her contact come up and then show all the texts? |
| 563 | | |
| 564 | A: | I can maybe - I can, like, I can probably - uh, I don't have any texts with her |
| 565 | | on this phone. Um, no 'cause, yeah, I remember bein' like, hey that was a |
| 566 | | awesome weekend, I'm gonna come down this weekend and, you know, I |
| 567 | | wanna see you this weekend. And then she sent me that message out of the |
| 568 | | blue and I was just, like, whoa. And I showed (     ), you know? And he was |
| 569 | | just, like - I remember him sittin' there cross-legged on the bench in front of |
| 570 | | (unintelligible). |
| 571 | | |
| 572 | Q: | Mm-hm. |
| 573 | | |
| 574 | A: | And he looked at it, he's like, "Oh, yup." He's like, "Tha- that'll happen" kind |
| 575 | | of thing. Like, just, like... |
| 576 | | |
| 577 | Q: | Mm-hm. |
| 578 | | |
| 579 | A: | ...don't let - don't let it... |
| 580 | | |

Case 1:22-cr-00213-ADA-BAM   Document 50-3   Filed 03/22/23   Page 5 of 13

INTERVIEW WITH CHARLIE BARRETT
Interviewer: SA Kristy McGee
07-14-21/11:25
Case # NP20035840
Page 14

| | | |
|---|---|---|
| 581 | Q: | Like (Stu)'s kinda... |
| 582 | | |
| 583 | A: | Yeah, he was be- exac- (    )'s been around. He's, like, "Oh f- oh, man." He's, |
| 584 | | like, "That's crazy, 'cause she was so into you. I thought, you know, she was |
| 585 | | sittin' on your lap in from the store. You guys went for a hike." We went for a |
| 586 | | ten-mile hike Sunday before she left, you know, on the back of the middle - |
| 587 | | middle of nowhere together. |
| 588 | | |
| 589 | Q: | Mm-hm. |
| 590 | | |
| 591 | A: | And then she drove off. And it's just, like, you would not think that she's goin' |
| 592 | | on a ten-mile hike with somebody that she was scared of, if... |
| 593 | | |
| 594 | Q: | And... |
| 595 | | |
| 596 | A: | I didn't get the impression at all, you know. |
| 597 | | |
| 598 | Q: | So... |
| 599 | | |
| 600 | Q1: | What was the message that she sent you? |
| 601 | | |
| 602 | A: | Um, "It wasn't a good weekend. You raped me," or somethin'. And I was just, |
| 603 | | like, yeah, I was, like, wow, okay. That was outta the blue. And then, um, |
| 604 | | yeah, but yeah, that Sunday I remember we went to TPR, had breakfast, and |
| 605 | | then we saw (    ) and (    ) was - so I (unintelligible) to introduce her to |
| 606 | | who I thought was gonna be, like, my new girlfriend, you know, and we didn't |
| 607 | | hook up that day. And then we went out to Saddlebag Lake and went for a |
| 608 | | ten-mile hike. Then I came back, went to (Lee Vining), and then dropped her |
| 609 | | off, and then she took off. And we didn't hook up that whole Sunday. And, |
| 610 | | you know, if you're ten miles out in the backcountry with somebody you're |
| 611 | | scared of, like, I didn't - obviously, if there was more of a sign, I woulda - you |
| 612 | | know, it would... |
| 613 | | |
| 614 | Q: | Well h-.... |
| 615 | | |
| 616 | A: | It would've been a little different. |
| 617 | | |
| 618 | Q: | So th- that's the thing with the drinking, that makes me wonder. Like, and I |
| 619 | | know, um, your memory - 'cause I think from her side of things that after the |
| 620 | | beginning that she didn't know how to interact, so she just kind of, like, went a |
| 621 | | r- long with the show 'cause she didn't... |
| 622 | | |
| 623 | A: | Yeah. |
| 624 | | |
| 625 | Q: | ...you know how to, um... |

Case 1:22-cr-00213-ADA-BAM   Document 50-3   Filed 03/22/23   Page 6 of 13

INTERVIEW WITH CHARLIE BARRETT
Interviewer: SA Kristy McGee
07-14-21/11:25
Case # NP20035840
Page 15

| | | |
|---|---|---|
| 626 | | |
| 627 | A: | That's bizarre. Why don't you just leave? You know, she has her car right |
| 628 | | there. |
| 629 | | |
| 630 | Q: | Well, yeah, and that's where she was like a 19 -year-old who kind of had, like, |
| 631 | | a starstruck thing for a - a rock climber who when she's out with him, people |
| 632 | | are asking to sign his - autograph his book. |
| 633 | | |
| 634 | A: | Yeah. |
| 635 | | |
| 636 | Q: | You know. And she was nineteen. |
| 637 | | |
| 638 | A: | Yeah. |
| 639 | | |
| 640 | Q: | So it's - it's just a - y- I - where I sit, I have to see e- everybody's side of |
| 641 | | things... |
| 642 | | |
| 643 | A: | Mm-hm. |
| 644 | | |
| 645 | Q: | ...and sometimes I'm, like, ooh, but I - I will tell you like - like you're - you're |
| 646 | | sayin' the stuff about crazy, which may be true, but I see someone who also, |
| 647 | | like... |
| 648 | | |
| 649 | A: | Yeah. |
| 650 | | |
| 651 | Q: | ...was really, um, impacted and tried to... |
| 652 | | |
| 653 | A: | Mm-hm. |
| 654 | | |
| 655 | Q: | ...block it out, and... |
| 656 | | |
| 657 | A: | Yeah, and I don't... |
| 658 | | |
| 659 | Q: | ...did different things and tried to get help from different people and tried to |
| 660 | | move on. But then, um... |
| 661 | | |
| 662 | A: | Yeah. And that sucks. And you know, like I do feel sorry for her for - if - the |
| 663 | | way she took it 'cause, like, for me I didn't realize it was like that at all, you |
| 664 | | know? Like it was just a fun, awesome weekend. And I just was like, cool, I'm |
| 665 | | excited to see you again. And then outta the blue, it was just a f- totally 360, |
| 666 | | 180, whatever. And just, like, I didn't see it that way. And it was just so |
| 667 | | bizarre to have it, like, um... |
| 668 | | |
| 669 | Q: | Come back that way. |
| 670 | | |

Case 1:22-cr-00213-ADA-BAM Document 50-3 Filed 03/22/23 Page 7 of 13

INTERVIEW WITH CHARLIE BARRETT
Interviewer: SA Kristy McGee
07-14-21/11:25
Case # NP20035840
Page 16

| | | |
|---|---|---|
| 671 | A: | Yeah, exactly. When you just don't think anything of it, when it's a - yeah. |
| 672 | | And it's just, like, wow. And then, like, obviously I didn't wanna stay in touch |
| 673 | | with her. And then I started gettin' random messages from people, and I texted |
| 674 | | her, I was, like, "Hey, I know things ended weird, but, like, I - is this is you |
| 675 | | messin' with me"? You know? That kinda thing and she is didn't respond or |
| 676 | | anything. |
| 677 | | |
| 678 | Q: | Like what was - what were the random messages? |
| 679 | | |
| 680 | A: | I was just gettin' random messages, like, "soon everyone is going to know |
| 681 | | you're a rapist," like. It was her and (     ), like, you know, teamin' up |
| 682 | | together to try to ruin my life, which they have told me they're trying to. |
| 683 | | |
| 684 | Q: | I - I actually don't think they - I don't think they ever did. And I think someone |
| 685 | | else might've been doing that. |
| 686 | | |
| 687 | A: | Hm. |
| 688 | | |
| 689 | Q: | Um... |
| 690 | | |
| 691 | A: | Uh, yeah, that's what I've heard. |
| 692 | | |
| 693 | Q: | Because I have had, like, their phone records. |
| 694 | | |
| 695 | A: | Yeah. |
| 696 | | |
| 697 | Q: | And their phone 'cause it's, like, I - I don't take one side or the other. |
| 698 | | |
| 699 | A: | Yeah - yeah. |
| 700 | | |
| 701 | Q: | And actually, when you're on the underdog sides, I investigate the other thing |
| 702 | | first... |
| 703 | | |
| 704 | A: | Yeah. |
| 705 | | |
| 706 | Q: | ...before I do the other - kind of opposite of the way most people do things. |
| 707 | | |
| 708 | A: | Mm-hm. |
| 709 | | |
| 710 | Q: | Because, um, I don't know, I think that's the way it - that it should go. And so |
| 711 | | I don't see that from their phones. I mean, I did see that other thing when you |
| 712 | | reached out to her I think... |
| 713 | | |
| 714 | Q: | Yeah, when she was in, um... |
| 715 | | |

Case 1:22-cr-00213-ADA-BAM   Document 50-3   Filed 03/22/23   Page 8 of 13

INTERVIEW WITH CHARLIE BARRETT
Interviewer: SA Kristy McGee
07-14-21/11:25
Case # NP20035840
Page 17

| | | |
|---|---|---|
| 716 | A: | They were from random numbers, you know, they were from, like, my burner |
| 717 | | phones or whatever. |
| 718 | | |
| 719 | Q: | And that's why I want to ask you. If you have, like, an app on your phone that |
| 720 | | does that for your phone, 'cause... |
| 721 | | |
| 722 | A: | No. I could, um, give you - try to get you those num- I think I took pictures of |
| 723 | | them. I know I took screenshots of some of the numbers. They were random. |
| 724 | | |
| 725 | Q: | Yeah, I'll take 'em. Do you - is that - that's an iPhone, right? |
| 726 | | |
| 727 | A: | Mm-hm. |
| 728 | | |
| 729 | Q: | Do you, like, have any apps on your phone that are, like, um... |
| 730 | | |
| 731 | A: | No. |
| 732 | | |
| 733 | Q: | ...what are those ones that let you call somebody from a different number? |
| 734 | | |
| 735 | A: | Mm-mm. You can look if you want, but - mm-mm. |
| 736 | | |
| 737 | Q: | 'Cause I - they actually... |
| 738 | | |
| 739 | A: | Wouldn't even know how to do that. |
| 740 | | |
| 741 | Q: | They even think that, like, I think both of them have thought that that was - or |
| 742 | | that (    ) in particular has been getting numbers like that for a long time. |
| 743 | | |
| 744 | A: | Mm-hm. |
| 745 | | |
| 746 | Q: | And - where someone just doesn't... |
| 747 | | |
| 748 | A: | Yeah, I haven't had - the only time I reached out to her is that one time when I |
| 749 | | sent a text to her number that I still had. And that's the only time I've ever - |
| 750 | | you know? And I tried - I sent a nice message. It was just, "Hey... |
| 751 | | |
| 752 | Q: | Like, I hope your - is this you? I hope you're crushing. |
| 753 | | |
| 754 | A: | ...hope your" - yeah, "hope you're crushing." Yeah, exactly. |
| 755 | | |
| 756 | Q: | Did you have a picture or somethin' that was trying to load with that? |
| 757 | | |
| 758 | A: | Mm-mm. |
| 759 | | |
| 760 | Q: | There's something, like, a loading mail that was trying to load something. |

Case 1:22-cr-00213-ADA-BAM   Document 50-3   Filed 03/22/23   Page 9 of 13

INTERVIEW WITH CHARLIE BARRETT
Interviewer: SA Kristy McGee
07-14-21/11:25
Case # NP20035840
Page 18

761
762  A:    Oh, maybe it was, like, the number - the screenshot of it, but I don't - not that
763        recall. I remember just sending that text and just being like, hey, this is you?
764
765  Q:    Did you know that she was at that, um, coffee shop working there at that
766        time?
767
768  A:    Which - no, which coffee shop?
769
770  Q:    The Daniel Boone coffee shop.
771
772  A:    Mm-mm.
773
774  Q:    I think you were in, like, you might have been in New Hampshire some - or
775        in, um, that area climbing.
776
777  A:    Oh, yeah, 'cause I was i- yeah, I was in Rumney. Exactly. And then, yeah, I
778        think that's when I got the text. Yep, exactly. I didn't know where she was at
779        all. I don-...
780
781  Q:    And then she didn't - I don't think she replied.
782
783  A:    No.
784
785  Q:    But then I...
786
787  A:    There was no reply.
788
789  Q:    Like so I - I go down every place, and then, like, on your Instagram at the
790        same time you wrote something about, like, feeling really bad or being really
791        sad.
792
793  A:    Mm-hm.
794
795  Q:    And I wondered if it had anything to do with that situation.
796
797  A:    Yeah. Just, yeah, people just tryin' to hurt me for - I don't know
798
799  Q:    Were people telling you that she was goin' after you...
800
801  A:    Yeah.
802
803  Q:    ...or saying stuff about you?
804
805  A:    Yeah. See, uh, I heard her and            were trying to ruin my life, is what...

BARRETT_00010816

Case 1:22-cr-00213-ADA-BAM   Document 50-3   Filed 03/22/23   Page 10 of 13

INTERVIEW WITH CHARLIE BARRETT
Interviewer: SA Kristy McGee
07-14-21/11:25
Case # NP20035840
Page 47

```
2054   you, can we be friends...
2055
2056   A:          Mm-hm.
2057
2058   Q:          ...and then...
2059
2060   A:          Yeah.
2061
2062   Q:          ...so this is the part where I was talking about before, where I was, like, the
2063               (    ) situation in the beginning, like, when I was responding in 2016 and
2064               September to - and talking to (      ) and (      ) and looking at text
2065               messages that they weren't making sense and the ones the (
2066               and different people, they didn't make sense to me because you were so
2067               convinced that the police were coming after you...
2068
2069   A:          Mm-hm.
2070
2071   Q:          ...and that's what, um, I could see being in your position after you had already
2072               gotten this one message from her and then you sent her a message a couple of
2073               weeks later...
2074
2075   A:          Mm-hm.
2076
2077   Q:          ...and she replies, I'm not friends with guys who rape me...
2078
2079   A:          Mm-hm.
2080
2081   Q:          ...did that se- how that would send you in a place, like, the police are gonna
2082               come after me...
2083
2084   A:          Yeah.
2085
2086   Q:          ...and I'm going back to prison...
2087
2088   A:          Yeah, yeah, yeah, puts you in a weird mood when you don't think, you know,
2089               anything's wrong, you know, you're just, like, you're, like, yeah, just
2090               completely oblivious to it and then it happens and then...
2091
2092   Q:          Well, and you under- you, like, you started - how old were you when you
2093               went to prison for the - the (     ) thing?
2094
2095   A:          Twenty-one or 22 or something, 22...
2096
```

Case 1:22-cr-00213-ADA-BAM   Document 50-3   Filed 03/22/23   Page 11 of 13

INTERVIEW WITH CHARLIE BARRETT
Interviewer: SA Kristy McGee
07-14-21/11:25
Case # NP20035840
Page 48

| | | |
|---|---|---|
| 2097 | Q: | Is when you - it took a while for it to go through, like, the process or whatever |
| 2098 | | and then the (        ) thing... |
| 2099 | | |
| 2100 | A: | Mm-hm, oh, it's '09, '08... |
| 2101 | | |
| 2102 | Q: | Okay. |
| 2103 | | |
| 2104 | A: | ...it happened, '09 went to jail. |
| 2105 | | |
| 2106 | Q: | So, did yeah, so it was like a year 'til they said then you went to jail in '09... |
| 2107 | | |
| 2108 | A: | Yeah. |
| 2109 | | |
| 2110 | Q: | ...and you were there for, like, a year? |
| 2111 | | |
| 2112 | A: | Six months. |
| 2113 | | |
| 2114 | Q: | Six months? |
| 2115 | | |
| 2116 | A: | Yeah. |
| 2117 | | |
| 2118 | Q: | And how long for the park service thing? |
| 2119 | | |
| 2120 | A: | Six months. |
| 2121 | | |
| 2122 | Q: | So, to - has he - how old were you then, like, um, 25, twenty... |
| 2123 | | |
| 2124 | A: | Yeah, something like that, 24, 25... |
| 2125 | | |
| 2126 | Q: | So, like, you look at that, you're 25 years old you've already - you gone to |
| 2127 | | prison twice... |
| 2128 | | |
| 2129 | A: | Right. |
| 2130 | | |
| 2131 | Q: | ...is that - was I right in that, that that was what sparked the - the meltdown of |
| 2132 | | the... |
| 2133 | | |
| 2134 | A: | Yeah. |
| 2135 | | |
| 2136 | Q: | ...(          ) thing? |
| 2137 | | |
| 2138 | A: | Yeah, I got a lot of PTSD. I've talked to a lot of therapists and stuff. Um, I |
| 2139 | | have a lot of PTSD and stuff from (      ), you know, when something's out of |
| 2140 | | your control and you just get taken advantage of by the system and it just - it - |
| 2141 | | it - it does a thing mentally to your psyche that... |

Case 1:22-cr-00213-ADA-BAM Document 50-3 Filed 03/22/23 Page 12 of 13

INTERVIEW WITH CHARLIE BARRETT
Interviewer: SA Kristy McGee
07-14-21/11:25
Case # NP20035840
Page 49

| | | |
|---|---|---|
| 2142 | | |
| 2143 | Q: | And maybe - maybe it, like, it does it mentally to your psyche, like, maybe it - |
| 2144 | | it wasn't just... |
| 2145 | | |
| 2146 | A: | It does damage on (unintelligible)... |
| 2147 | | |
| 2148 | Q: | ...(Piva)... |
| 2149 | | |
| 2150 | A: | Yeah, it's the whole situation, yeah... |
| 2151 | | |
| 2152 | Q: | ...it was, like the whole situation... |
| 2153 | | |
| 2154 | A: | Yeah, 'cause I remember one and I called the cops on the cops and I couldn't - |
| 2155 | | there's no cops to call on the cops, you know? And, like, there's nothing I |
| 2156 | | could do to get out of the situation and it's just like when you're just - just |
| 2157 | | screwed and it's just, like, that's why it's scary being in this situation too. It's |
| 2158 | | just, like, knowing that it's one person's word against another's and it's just, |
| 2159 | | like, it... |
| 2160 | | |
| 2161 | Q: | Was - do you remember other people you called after that, like, in that time |
| 2162 | | period, like, there was, like, I know that there were others and people told me |
| 2163 | | there were others. But, I - I don't know if you remember who you talked to. |
| 2164 | | |
| 2165 | A: | During what time period? |
| 2166 | | |
| 2167 | Q: | When you were, like, convinced that she had turned you in into the - and |
| 2168 | | that... |
| 2169 | | |
| 2170 | A: | Mm-mm. |
| 2171 | | |
| 2172 | Q: | ...someone was gonna arrest you. |
| 2173 | | |
| 2174 | A: | No. |
| 2175 | | |
| 2176 | Q: | Is that why you were saying the cops are after me and why you were ready to, |
| 2177 | | like, you're gonna end your life 'cause of that? |
| 2178 | | |
| 2179 | A: | Yeah, I probably does that. |
| 2180 | | |
| 2181 | Q: | Oh, that made sense to me when I saw some of the texts where, like, first it |
| 2182 | | was about these two little girls and then it was, like, no, this is about a woman |
| 2183 | | and he's afraid that he's gonna go to jail. |
| 2184 | | |
| 2185 | A: | Yeah, yeah, going to jail for lies never fun so that's just - but there's nothing |
| 2186 | | you can do. That's how our court system works, you know? It sucks. |

Case 1:22-cr-00213-ADA-BAM Document 50-3 Filed 03/22/23 Page 13 of 13

INTERVIEW WITH CHARLIE BARRETT
Interviewer: SA Kristy McGee
07-14-21/11:25
Case # NP20035840
Page 50

| | | |
|---|---|---|
| 2187 | | |
| 2188 | Q: | And then - and then, um, I - there's the - I don't think there was much between |
| 2189 | | you or her until that - once you - she saw you in the Vegas grocery store. She |
| 2190 | | didn't know that you saw her. |
| 2191 | | |
| 2192 | A: | I gave her a hug or no, I almost gave her a hug 'cause I kind of, like, forgot |
| 2193 | | about it. I saw her face, you know, and I was, like, no way. And I, like, |
| 2194 | | walking to give her a hug and I was, like, oh, yeah... |
| 2195 | | |
| 2196 | Q: | Oh, yeah... |
| 2197 | | |
| 2198 | A: | Yeah - yeah... |
| 2199 | | |
| 2200 | Q: | ...that's not the one - I don't... |
| 2201 | | |
| 2202 | A: | Yeah - yeah. |
| 2203 | | |
| 2204 | Q: | ...she doesn't want me to give her a hug... |
| 2205 | | |
| 2206 | A: | Yeah. |
| 2207 | | |
| 2208 | Q: | ...'cause she - yeah, she saw you but she didn't know if you saw her and she |
| 2209 | | wa... |
| 2210 | | |
| 2211 | A: | Oh, no, we said that we talked. I, like, 'cause I became - I remember she came |
| 2212 | | this way and I was walking that way and, um, it was on the (Albertson's) in |
| 2213 | | Charleston. And, um, I, like, almost, like, walk and gave her a hug, you know, |
| 2214 | | kind of got close and I was, like, oh, yeah. And, I was, like, "Hey, what are |
| 2215 | | you doing here?" And she's like, "Climbing." And, I was, like, "Cool, like, |
| 2216 | | have fun, you know?" And she's, like, she was, like, kind of scared I |
| 2217 | | remember and then just, like, went around. I, like, oh, yeah, like, see, you |
| 2218 | | know, I remembered instantly that - that she was not (unintelligible)... |
| 2219 | | |
| 2220 | Q: | She was kinda cowering like that, like, she kind of... |
| 2221 | | |
| 2222 | A: | Yeah, she was, like, taken back, you know? She's, like, oh, like, when she saw |
| 2223 | | | me and, you know, I didn't really put two and two together at first obviously. |
| 2224 | | Like I said, I almost gave her a hug, and then, um, I was, like, oh, yeah, like... |
| 2225 | | |
| 2226 | Q: | With the, um, so she was there with her boyfriend at the time... |
| 2227 | | |
| 2228 | A: | I didn't see the guy... |
| 2229 | | |
| 2230 | Q: | ...and he was in the groceries. He was in the grocery store... |
| 2231 | | |

BARRETT_00010848