


**United States Department of the Interior**
NATIONAL PARK SERVICE
LAW ENFORCEMENT, SECURITY, AND EMERGENCY SERVICES
INVESTIGATIVE SERVICES BRANCH

## Investigative Activity Report - Report of Interview

| | | | |
|---|---|---|---|
| **Case Number:** | NP20035840 | **Report Number:** | KM-26 |
| **Interview Start Date:** 09/29/2021 10:00 | **Interview End Date:** 09/29/2021 12:00 | **Interview Location:** | |
| **Interview Subject:** ▇▇▇▇▇▇ | | **Lead Interviewer:** ▇▇▇▇▇▇ | |
| **Subject Address:** ▇▇▇▇▇▇ | | **Subject Phone:** | |
| | | **SubjectID (DL/FBI/SSN):** | |
| **Attendance:** SPECIAL AGENT ▇▇▇▇▇▇ | | | |
| **Submitted By:** ▇▇▇▇▇▇ Special Agent, SA50 | | **Date:** 11/04/2021 | |
| **Approved By:** ▇▇▇▇▇▇ Supervisory Special Agent, SA41 | | **Date:** 11/22/2021 | |

**SUMMARY:**

On September 29, 2021, ▇▇▇▇▇▇ was interviewed in furtherance of this investigation. ▇▇▇▇▇▇ was roommates with Charlie Barrett during the Summer of 2016. On September 28th and 29th, 2021, I conducted a scene walk through with ▇▇▇▇▇▇. She showed the places where she described being sexually assaulted by BARRETT in 2016. On September 28th, she pointed out the tent cabin she remembered BARRETT taking her to, the tent cabin was empty, as it was the end of the season. She also showed me the shower located in a separate building adjacent to the tent cabin.

**DETAILS:**

On September 29, 2021, at approximately 1000 hours, while conducting the scene walk through with ▇▇▇▇▇▇, I saw ▇▇▇▇▇▇ taking down the tent cabins. I left ▇▇▇▇▇▇ and approached ▇▇▇▇▇▇. I introduced myself. He told me Charlie BARRETT recently called him and told him he was under investigation for sexual assault. He looked at his phone and confirmed BARRETT called him on August 24th. BARRETT told ▇▇▇▇▇▇ the allegations were false and he had an affair with the woman, and they had consensual relations over the course of a weekend.

▇▇▇▇▇▇ said he was in the backcountry the entire weekend and he never met the woman. I asked him to show me the tent he shared with BARRETT. He pointed to the area ▇▇▇▇▇▇ identified the previous day, as being the one she remembered. He said he had taken the tent down earlier that morning.

▇▇▇▇▇▇ was one of the people who called 911 during the incident when BARRETT was making threats in 2016. He said BARRETT told him he had a gun and he was going to kill himself and anyone who tried to stop him. BARRETT told him the police were after him and he had nothing to live for.

▇▇▇▇▇▇ later learned BARRETT made similar statements to another employee, ▇▇▇▇▇▇ and told ▇▇▇▇▇▇ he was going to throw himself off of Puppy Dome, a couple weeks before the incident he was taken into custody for. ▇▇▇▇▇▇ suggested I speak with ▇▇▇▇▇▇ because he was closer with BARRETT and worked with him in sanitation for the Grill in the Summer of 2016. He said the night of the standoff BARRETT was hiding from the Park Rangers in ▇▇▇▇▇▇ tent.

**END OF REPORT**

**ATTACHMENTS:**

GOVERNMENT'S EXHIBIT
4
1:22-CR-00213-ADA-BAM

BARRETT_00000549