# Placeholder

Description: 404b, Exhibit 5, Jail Calls

Total Count: 26 files

Size: ~12.4MB

## PROVIDED ON CD

*The "AutorunPro.exe" and "ICMVCODEC.MSI" must be installed to play the files.

# Placeholder

**GOVERNMENT'S EXHIBIT**

**5**

1:22-CR-00213-ADA-BAM