IN THE SUPERIOR COURT OF CALIFORNIA
COUNTY OF MONO
MAMMOTH COURT ROOM 1

| PEOPLE OF THE STATE OF CA | Case No. | 22FEM1014 |
| Plaintiff, | Event Date: | 08/29/2022 |
| v. | Event Type: | Disposition |
| | Mtn/OSC: | |
| | Add'l Info: | |
| CHARLES JOSEPH BARRETT | Judge: | Gerald F Mohun |
| Defendant. | Clerk: | Alicia Walker |
| | Reporter: | Tim Scott |

**Felony - Minutes**

**Appearances:**
District Attorney Tobias Hasler is Present.
Attorney, Josh D. Hillemeier appearing on behalf of Defendant who is present.
The defendant waives his/her right to a trial by jury.
The Court orally advises the defendant of his/her constitutional rights and the consequences of entering a plea. The Court finds that the defendant understands the consequences of entering a plea, freely waives his/her constitutional rights and accepts the defendant's plea. Defendant is advised and acknowledges the maximum penalty for this plea/conviction. The Court accepts the defendant's plea and makes the findings and order in the form signed this date. See attached Advisement of Right's Waiver, and Plea Form executed by the defendant. The plea form is incorporated as part of the docket.
Time is waived for sentencing - no legal cause given.
On its own motion, the court orders the following Count(s) amended: Count 1 is amended to reflect a violation of PC422(a) Threats To Commit Crime Resulting In Death, a Misdemeanor.
Defendant enters a plea of:

| Plea | Count | Section Violated | Level |
|---|---|---|---|
| **No Contest** | 1 | PC422(a) | Misdemeanor |

Count 2 to be dismissed at sentencing.
Defendant admitted to DEJ for 9 months.
Bail Bond is exonerated.
Conditions of DEJ:
You shall not consume or possess alcoholic beverages or enter places where alcoholic beverages are the primary item of sale (except for employment purposes). Submit to chemical testing of blood or breathe for the detection of alcohol at the request of a peace/probation officer. Type of test shall be at the officer?s discretion.
No direct or indirect contact with ▇▇▇▇▇▇▇. In addition to other unspecified direct or indirect contact, the defendant shall not: alarm; annoy; harass; threaten; strike; make physical contact with; keep under surveillance; follow; stalk; telephone; write; send letters, faxes, notes, texts, e-mail; the above described victim(s).
Stay 100 yards away.

GOVERNMENT'S EXHIBIT
6
1:22-CR-00213-ADA-BAM

BARRETT_00011511

Comply with any CPO or any other issued restraining order.
Not write, search online, communicate with her or a third party regarding ███.
CPO modified to "must not harass" and "zero contact".
The matter is set for Sentencing Hearing on 05/22/2023 at 10:00 AM in Mammoth Court Room 2.
Defendant/Minor is released on Diversion.