# CRIMINAL
# CASE SUMMARY
## CASE NO. SCR-697982-1

**PEO VS. BARRETT**

§
§
§
§

Location: **Criminal**
Judicial Officer: **Superior Court, Judicial Officer**
DMV Court Code: **49100 Superior Court, Criminal**
Filed on: **01/27/2017**

---

### CASE INFORMATION

| Offense | Statute | Deg | Date | Case Type: | Criminal |
|---|---|---|---|---|---|

Jurisdiction: **Sebastopol**

001. UNAUTHORIZED ENTRY OF DWELLING (ORIGINAL Complaint) — 664/602.5(a) — M — 01/07/2017
   Arrest: 01/07/2017
002. DISORDERLY CONDUCT:LOITERING ON PRIVATE PROPERTY (WAS 647(G) (ORIGINAL Complaint) — 647(h) — M — 01/07/2017
   Arrest: 01/07/2017
003. TRESPASS:DRIVE ON PRIVATE PROPERTY (ORIGINAL Complaint) — 602(m) — M — 01/07/2017
   Arrest: 01/07/2017

**Statistical Closures**
04/18/2017    Found Guilty: Court

**Bonds**
Surety Bond   #SV54798724   $2,500.00
1/9/2017         Posted
4/18/2017       Exonerated
Counts: 001, 002, 003

[Stamp: "ROBOVER" / "I HEREBY CERTIFY THAT THE WITHIN INSTRUMENT IS A FULL, TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN THIS OFFICE. ATTEST: JAN 2 3 2023 / Clerk of the Superior Court of California County of Sonoma / By _____ Deputy Clerk / HEIDI HEAVEN"]

---

| DATE | CASE ASSIGNMENT |
|---|---|

**Current Case Assignment**
Case Number: SCR-697982-1
Court: Criminal
Date Assigned: 01/07/2017
Judicial Officer: Superior Court, Judicial Officer
DMV Court Code: 49100 Superior Court, Criminal

---

| DATE | EVENTS & ORDERS OF THE COURT | INDEX |
|---|---|---|
| 11/10/2022 | File Sent to Soft File for Scanning | |
| 04/20/2017 | Automated 8715 Report Issued<br>*AUTOMATED 8715 REPORT ISSUED*<br>Party: Defendant BARRETT, CHARLES JOSEPH | |
| 04/20/2017 | CANCELED **Jury Trial** (10:30 AM) (Judicial Officer: Dollard, Jennifer V)<br>*JURY TRIAL*<br>Vacated<br>Vacated | |
| 04/18/2017 | **Readiness Conference** (10:30 AM) (Judicial Officer: Dollard, Jennifer V)<br>*READINESS CONFERENCE*<br>Resource: Courtroom Clerk Ruiz, Elena<br>Resource: Location Courtroom 8<br>Held;<br>Held<br>Parties Present: Defendant   BARRETT, CHARLES JOSEPH | |

GOVERNMENT'S EXHIBIT
8
1:22-CR-00213-ADA-BAM

BARRETT_00011161

| Date | Event |
|---|---|
| 04/18/2017 | **Bail Exonerated; Reference #?**<br>*Bail Exonerated; Reference #SV54798724*<br>Party: Defendant BARRETT, CHARLES JOSEPH |
| 04/18/2017 | **Conditional Sentence Granted**<br>*Conditional Sentence Granted 24 Month(s)*<br>Party: Defendant BARRETT, CHARLES JOSEPH |
| 04/18/2017 | **Criminal Protective Order dated ?D is Terminated**<br>*Criminal Protective Order dated 01/27/2017 is Terminated*<br>Party: Defendant BARRETT, CHARLES JOSEPH |
| 04/18/2017 | ---------- Courtroom Minutes ------------<br>---------- Courtroom Minutes in 8 ------------<br>DDA: Robert Rasp CLK: E. Ruiz<br>Defendant present<br>Counsel F. Antonini, Public Defender, appearing<br>Readiness Conference Held<br>Charges amended to add Count 3, 602(m) PC, a misdemeanor<br>Stipulates to arraignment<br>Irregularities waived<br>Criminal Protective Order dated 01/27/2017 is Terminated<br>Defendant Advised of Maximum Penalties<br>Defendant advised of Future Consequences<br>Defendant understands and waives each right<br>Count I PC 664/602.5(a) Dismissed, People's Motion<br>Count II PC 647(h) Dismissed, People's Motion<br>Defendant pleads Nolo Contendere to count III PC 602(m)<br>CONVICTED TO COUNT III PC 602(m)<br>Stipulate to Commissioner<br>Court finds Defendant knowingly, intelligently, freely and voluntarily waives rights<br>Court finds Defendant guilty<br>Defendant waives time for sentencing<br>No legal cause why judgment should not be pronounced<br>Imposition of sentence suspended<br>Conditional Sentence Granted 24 Month(s)<br>Be of good conduct and obey all laws<br>Do not contact victim directly or indirectly<br>Stay 100 yards away from<br>Court authorized one Civil Standby within 30 days<br>Restitution fine $150 pursuant to Penal Code 1202.4(b) waived<br>Fine of $70 as to Count 3<br>Fine $70 Suspended as to Count 3<br>Fines/fess suspended pending successful completion of probation<br>Defendant to pay Public Defender Fees of $150 through Central Collections per 987.8 PC<br>Court finds inability to pay<br>DROPPED FROM CALENDAR - 04/20/2017 at 10:30am 8<br>Bail Exonerated; Reference #SV54798724<br>Party: Defendant BARRETT, CHARLES JOSEPH |
| 04/18/2017 | **Defendant knowingly and intelligently waives rights**<br>*Court finds Defendant knowingly, intelligently, freely and voluntarily waives rights* |
| 04/18/2017 | **Defendant advised of charges/allegations**<br>*Defendant Advised of Maximum Penalties* |
| 04/18/2017 | **Sentence** (Judicial Officer: Dollard, Jennifer V)<br>   003. TRESPASS:DRIVE ON PRIVATE PROPERTY (ORIGINAL Complaint)<br>      Sentenced<br>      Probation<br>         Type: Conditional Sentence<br>         Start Date: 04/18/2017<br>         Term: 24 Months |

BARRETT_00011162

|            |                                                                                                                                                                                                                                                                                                                                                                                                                                                      |
|------------|---|
|            | End Date: 04/18/2019<br>Status: Granted (Active)<br>Status Date: 04/18/2017<br>Condition<br>    1. Restitution fine __ pursuant to Penal Code 1202.4(b) waived,<br>    Restitution fine $150 pursuant to Penal Code 1202.4(b) waived,<br>    24M, 04/18/2017, Active 04/18/2017<br>Converted Disposition:<br>    Restitution fine $150 pursuant to Penal Code 1202.4(b) waived<br>    Restitution fine $150 pursuant to Penal Code 1202.4(b) waived<br>    Fine of $70 as to Count 3 |
| 04/18/2017 | **Plea** (Judicial Officer: Dollard, Jennifer V)<br>  *Defendant pleads Nolo Contendere to count III PC 602(m)*<br>    003. TRESPASS:DRIVE ON PRIVATE PROPERTY (ORIGINAL Complaint)<br>      *No Contest<br>      Charge #: 003  Allegation: |
| 04/18/2017 | **Disposition**<br>    003. TRESPASS:DRIVE ON PRIVATE PROPERTY (ORIGINAL Complaint)<br>      Convicted<br>      Charge #: 003  Allegation: |
| 04/18/2017 | **Disposition**<br>    002. DISORDERLY CONDUCT:LOITERING ON PRIVATE PROPERTY (WAS 647(G)) (ORIGINAL Complaint)<br>      Dismissed<br>      Charge #: 002  Allegation: |
| 04/18/2017 | **Disposition**<br>    001. UNAUTHORIZED ENTRY OF DWELLING (ORIGINAL Complaint)<br>      Dismissed<br>      Charge #: 001  Allegation: |
| 02/28/2017 | **Settlement Conference** (9:00 AM) (Judicial Officer: Buckley, Dennis J.)<br>  *SETTLEMENT CONFERENCE*<br>  Resource: Court Reporter  Sanders, Fran gi<br>  Resource: Courtroom Clerk  Casco, S.<br>  Resource: Location  Courtroom 12<br>  Held;<br>  *Held*<br>  Parties Present: Defendant      BARRETT, CHARLES JOSEPH |
| 02/28/2017 | ---------- Courtroom Minutes ------------<br>---------- *Courtroom Minutes in 12* ------------<br>DDA: Esther Lemus CLK: S. Casco<br>Defendant present<br>Counsel J. Conry, Public Defender, appearing<br>*CASE TRANSFERRED TO COURTROOM 8, FORTHWITH - to set Jury Trial*<br>JUDGE: S. AVERILL<br>DA: R. BLADE<br>CLERK: E. RUIZ<br>Defendant present<br>Counsel J. Conry, Public Defender, appearing<br>Defendant waives time<br>*Readiness Conference Set - 04/18/2017 at 10:30am 8, READINESS CONFERENCE*<br>*Jury Trial Set - 04/20/2017 at 10:30am 8, JURY TRIAL*<br>Defendant ordered to be present<br>Party: Defendant  BARRETT, CHARLES JOSEPH |

| Date | Event |
|---|---|
| 01/27/2017 | **Complaint to be Filed** (8:30 AM) (Judicial Officer: Dollard, Jennifer V)<br>*COMPLAINT TO BE FILED BAILED TO APPEAR FIRST APPEARANCE ARRAIGNMENT*<br>Resource: Courtroom Clerk Ruiz, Elena<br>Resource: Location Courtroom 8<br>Held;<br>*Held*<br>*Parties Present:* Defendant  BARRETT, CHARLES JOSEPH |
| 01/27/2017 | Complaint Filed<br>*Complaint filed*<br>Party: Defendant BARRETT, CHARLES JOSEPH |
| 01/27/2017 | ----------- Courtroom Minutes ------------<br>----------- *Courtroom Minutes in 8* ------------<br>*DDA: Ashley W. Hendon CLK: E. Ruiz*<br>*Defendant present*<br>*Complaint filed*<br>*Defendant advised of charges/allegations*<br>*Defendant informed of Right to Counsel*<br>*CASE TRANSFERRED TO COURTROOM 12*<br>*JUDGE: V. MARCOIDA*<br>*DA: A. HENDON*<br>*CLERK: S. CASCO*<br>*Defendant present*<br>*Counsel J. Conry, Public Defender, appearing*<br>*Public Defender appointed*<br>*Pay $50 Public Defender Registration Fee*<br>*Defense provided with copy of complaint*<br>*Stipulates to arraignment*<br>*Defendant waives reading of Complaint*<br>*Defendant waives advisement of Constitutional rights*<br>*Criminal Protective Order issued and filed*<br>*Criminal Protective Order served*<br>*Defendant pleads Not Guilty to count I PC 664/602.5(a)*<br>*Defendant pleads Not Guilty to count II PC 647(h)*<br>*Defendant waives time*<br>*Settlement Conference Set - 02/28/2017 at 9:00am 12, SETTLEMENT CONFERENCE*<br>Party: Defendant BARRETT, CHARLES JOSEPH |
| 01/27/2017 | Criminal Protective Order Served<br>*Criminal Protective Order served*<br>Party: Defendant BARRETT, CHARLES JOSEPH |
| 01/27/2017 | Criminal Protective Order Issued And Filed<br>*Criminal Protective Order issued and filed*<br>Party: Defendant BARRETT, CHARLES JOSEPH |
| 01/27/2017 | Defendant advised of charges/allegations<br>*Defendant advised of charges/allegations* |
| 01/27/2017 | **Plea** (Judicial Officer: Dollard, Jennifer V)<br>*Defendant pleads Not Guilty to count II PC 647(h)*<br>  002. DISORDERLY CONDUCT:LOITERING ON PRIVATE PROPERTY (WAS 647(G) (ORIGINAL Complaint)<br>    Not Guilty<br>      Charge #: 002   Allegation: |
| 01/27/2017 | **Plea** (Judicial Officer: Dollard, Jennifer V)<br>*Defendant pleads Not Guilty to count I PC 664/602.5(a)*<br>  001. UNAUTHORIZED ENTRY OF DWELLING (ORIGINAL Complaint)<br>    Not Guilty |

BARRETT_00011164

# CRIMINAL CASE SUMMARY
## CASE NO. SCR-697982-1

|  | Charge #: 001   Allegation: |
|---|---|
| 01/10/2017 | CANCELED **On View** (8:30 AM) (Judicial Officer: Dollard, Jennifer V)<br>ON VIEW<br>*Vacated*<br>*Vacated* |
| 01/09/2017 | Calendar Item<br>*CALENDAR ITEM - 01/27/2017 at 8:30am 8, COMPLAINT TO BE FILED, BAILED TO APPEAR, FIRST APPEARANCE, ARRAIGNMENT*<br>Party: Defendant BARRETT, CHARLES JOSEPH |
| 01/09/2017 | Bail Bond Reference #? RecD And Filed In The Amount Of $?<br>*BAIL BOND REFERENCE #SV54798724 REC'D AND FILED IN THE AMOUNT OF $2500*<br>Party: Defendant BARRETT, CHARLES JOSEPH |
| 01/07/2017 | Calendar Dropped By Jail<br>*CALENDAR DROPPED BY JAIL - 01/10/2017 at 8:30am 8*<br>Party: Defendant BARRETT, CHARLES JOSEPH |
| 01/07/2017 | Added To Calendar By Jail<br>*ADDED TO CALENDAR BY JAIL - 01/10/2017 at 8:30am 8, ON VIEW*<br>Party: Defendant BARRETT, CHARLES JOSEPH |

BARRETT_00011165