

# INYO COUNTY SHERIFF'S DEPARTMENT
## PERSON RECORD
## BARRETT, CHARLES JOSEPH

Page 1 | 03/10/2021

| Field | Value |
|---|---|
| Address | 274 MESQUITE, BISHOP, CA 93514 |
| Mailing Address | PO BOX 8098, SANTA ROSA |
| ID | 6532 |
| Phone | 707-490-2181 |
| Cell Phone | |
| DOB | 03/28/1984 |
| Age | 36 |
| Sex | M |
| Height | 5'11" |
| Weight | 165 |
| Race | WHITE |
| Hair | BROWN |
| Eyes | HAZEL |
| CII | A29711582 |
| Drivers License | D5020462 CA |
| Vehicle | 8P57622/CA |
| FBI # | 149271HC2 |
| Business Name | |
| Address | |
| City & State | |
| Business Phone | |
| Email | |
| Arrest ID | 22966 |
| Next of Kin/Parent/Guardian | [REDACTED] |
| Address | |
| Phone | 707 217 6885 |
| Occupation | UNEMPLOYED |
| Gang Affiliation | |
| School ID | |
| Complexion | CLEAR |
| Build | AVERAGE |
| Hairstyle | WAVY |
| Facial Hair | BEARD & MUSTACHE |
| Speech | CLEAR |
| Glasses | NO |
| Scars | |
| Tattoos | |
| Officer Safety | |
| Note | |
| Other Considerations | |
| Aliases | BARRETT, CHARLIE |

| DATE | NATURE | AGENCY | EVENT DESCRIPTION | CASE #/FI | INC/CITE |
|---|---|---|---|---|---|
| 10/14/2008 | S | ICSD | 273.5 PC: Domestic Battery | 08-10-056 | 0810150003 |
| 10/15/2008 | INC | ICSD | 273.5 PC: Domestic Battery | 08-10-056 | 0810150003 |
| 10/22/2008 | BOOK | ICSD | Jail Booking No: 699 | 699 | |
| 10/22/2008 | CHG | ICSD | Prev adrs: PO BOX 8098, SANTA ROSA by SWW1 | | |
| 11/16/2008 | RP | ICSD | HARASS, Dispo LE | | 0811160009 |
| 11/19/2008 | RP | ICSD | REQDEP, Dispo LE | | 0811190005 |
| 02/27/2009 | BOOK | ICSD | Jail Booking No: 1117 | 1117 | |
| 02/27/2009 | CHG | ICSD | Prev adrs: 24548 OLD STORNY POINT RD, SANTA ROSA b | | |
| 01/18/2012 | RP | ICSD | 23103, Dispo OA | | 1201180014 |
| 05/16/2012 | COMB | ICSD | Combined with ID 7280 by SSK1 | | |
| 06/12/2013 | RP | ICSD | OVERDUE, Dispo LE | | 1306120028 |
| 01/14/2017 | PHON | ICSD | Comb Phone: 707-490-2181 | | |
| 01/14/2017 | COMB | ICSD | Combined with ID 28685 by SCD1 | | |
| 01/16/2017 | BOOK | ICSD | Jail Booking No: 8736 | 8736 | |
| 01/16/2017 | SA | ICSD | 647(F) PC, 849(B)(2) | 17-01-054 | 1701160010 |
| 01/16/2017 | INC | ICSD | 647(F) PC: Disord Conduct:alcohol | | 1701160010 |

| ASSOCIATED PERSON | DATE | NATURE | EVENT NO. | RELATIONSHIP |
|---|---|---|---|---|
| [REDACTED] | 01/16/2017 | C | 17-01-054 | SA-OI |
| | 10/15/2008 | C | 08-10-056 | S-RP |
| | 10/15/2008 | C | 08-10-056 | S-W |
| | 01/16/2017 | C | 17-01-054 | SA-RP |
| | 10/15/2008 | C | 08-10-056 | S-V |
| | 01/16/2017 | C | 17-01-054 | SA-OI |

GOVERNMENT'S EXHIBIT **11** — 1:22-CR-00213-ADA-BAM

BARRETT_00000638

# INYO COUNTY SHERIFF'S DEPARTMENT

550 SOUTH CLAY STREET INDEPENDENCE, CA 93526 760-878-0383
NARRATIVE

Page 1

08-10-056

**Injuries:**

▓▓▓ complained of a headache. ▓▓▓ had dried blood in her left ear. ▓▓▓ refused medical aid.

**Evidence:**

I took digital photographs of ▓▓▓ injuries.

**Chain of Evidence:**

I downloaded the photographs to the Bishop Substation's computer and I attached them to this case in RIMS.

**Attachments:**

1- ICSO 13700

1- ICSO DVSR

2- Written statements ▓▓▓ (▓▓▓)

**Details:**

On 10/15/2008 at about 1100, I was dispatched to the Bishop Police Department for a female in their lobby wanting to file an assault.

I contacted ▓▓▓, identified by California Driver's License, at the police department. ▓▓▓ told me she was involved in a physical altercation with her ex-boyfriend. At that time I told ▓▓▓ to meet me at the Bishop Substation.

I recontacted ▓▓▓ at the Substation. ▓▓▓ told me the following:

On 10/14/2008 at about 2200, ▓▓▓ was camping at the Buttermilk area West of Bishop. ▓▓▓ was in the company of her ex-boyfriend. ▓▓▓ and her boyfriend, identified as Barrett, were involved in a verbal argument over Barrett punching ▓▓▓ dog. ▓▓▓ went to the back of her truck in order to go to bed and put her dog away. She turned away from Barrett. At that time, ▓▓▓ was struck about about two or three times to her head. ▓▓▓ fell to the ground. ▓▓▓ and Barrett lived together for about two years. ▓▓▓ and Barrett terminated their relationship on or about 11/2007. ▓▓▓ went back to the area around the camp where other people were sitting. Barret left the area.

I took photographs of ▓▓▓.

▓▓▓ gave me written statements from witnesses to the event.

| Prepared By: | | Date: | Approved By: | | Date: |
|---|---|---|---|---|---|
| SCC1 | CONNOLLY, CHRIS | 10/15/2008 | SKH1 | HARDCASTLE, KEITH | 10/17/2008 |

CONTROLLED DOCUMENT

From the statement of ███, ██ stated he saw Barrett strike ███████. ██ saw ██████ fall to the gound. Barret walked over and said 'Shit just got real. I just hit ██████'

As of this report, I have been unable to contact ███.

I gave ██████ a signed copy of ICSO 13700. I gave ██████ a District Attorney's resource card with my name and the case number of this incident. Hedland declined any further assistance or information.

██████ told me Barrett was possibly headed to Mammoth or back to Santa Rosa.

I put out a "Be On the Lookout" for Barrett and his vechile.

As of this report, I have been unable to locate Barrett.

**Referred to Investigations.**

**Referred to the District Attorney's Office.**

CONTROLLED DOCUMENT

| Prepared By: | | Date: | Approved By: | | Date: |
|---|---|---|---|---|---|
| SCC1 | CONNOLLY, CHRIS | 10/15/2008 | SKH1 | HARDCASTLE, KEITH | 10/17/2008 |

Case 1:22-cr-00215-ADA-BAM   Document 53-11   Filed 05/12/23   Page 4 of 4



| | | |
|---|---|---|
| **INYO COUNTY SHERIFF'S DEPARTMENT** | | Page 1 |
| 550 SOUTH CLAY STREET   INDEPENDENCE, CA 93526   760-878-0383 | | 08-10-056 |
| SUPPLEMENT 1 | | |

## CHAIN OF EVIDENCE:

1 compact disk with recording of interview kept in investigation file.

## DETAILS OF INVESTIGATION:

On 10-15-2008 ▇▇▇▇▇▇ made a domestic violence report to Deputy Connolly at the Bishop Sheriff's Substation. On 10-14-2008 at about 2200, ▇▇▇▇▇ was camping at the Buttermilk area West of Bishop. ▇▇▇▇ was in the company of her ex-boyfriend, Charles Barrett. ▇▇▇▇ and her boyfriend, were involved in a verbal argument over Barrett punching ▇▇▇▇ dog. ▇▇▇▇ went to the back of her truck in order to go to bed and put her dog away. She turned away from Barrett. At that time, ▇▇▇▇ was struck about two or three times to her head. ▇▇▇▇ fell to the ground. ▇▇▇▇ and Barrett lived together for about two years. ▇▇▇▇ and Barrett terminated their relationship on or about November of 2007. ▇▇▇▇ went back to the area around the camp where other people were sitting. ▇▇▇▇ stated Barrett left the area.

On 10-21-2008 at 1458 hours I attempted to contacted Barrett on his cell phone and left a message to call me regarding the incident on 10-14-2008. At 1525 hours Barrett returned my call. I asked him to meet me at 0990 at the Bishop Sheriff's Substation to talk to me regarding what happened in the Buttermilk's. Barrett told me he would be their. I asked where he was. Barrett told me he was in Mammoth staying with friends.

On 10-22-2008 at 0914 hours Charles Barrett entered the Bishop Sheriff's Substation. I asked Barrett to come into the back office to talk about the incident. I explained to Barrett he was free to leave at any time during the interview and thanked him for coming in. The interview was recorded. During the interview I asked Barrett what happened on the night of 10-14-2008. Barrett stated probably what ▇▇▇▇ told you. I asked Barrett to tell me what happened. Barrett told me he was camping with about six other people including ▇▇▇▇. Barrett said he was playing rough with ▇▇▇▇ dog and the dog bit him. I asked how long he had known ▇▇▇▇. Barrett told me he had known ▇▇▇▇ for about four years and they had lived together off and on for at least two years. Barrett said after the dog bit him, ▇▇▇▇ was yelling at him for playing to rough. Barrett said ▇▇▇▇ started freaking out on him, so he went to the car to checkout his wound. Barrett said ▇▇▇▇ came over still yelling at him and crying. Barrett said he was kind of in shock and she was in his face yelling at him. Barrett said he turned around and hit her. Barrett said he walked back to the fire and told the people around the fire he just hit ▇▇▇▇. Barrett told me he left and saw ▇▇▇▇ drive out in the morning. I asked Barrett if anything like this had ever happened before. Barrett told me once they got in a fight at her house. I asked if he was arrested. Barrett told me no, they worked it out. I asked if he punched or slapped her. Barrett said he slapped her like one of his friends. Barrett went on to say this should not happen to a girl. I asked Barrett if they were living together at the time of the incident. Barrett told me yes. I asked where this happened. Barrett told me at her house. I asked if it was the house in Truckee. Barrett said yes. I concluded the interview.

I thanked Barrett for coming to the substation and told him he was under arrest for domestic violence. . Barrett was transported and booked into the Inyo County Jail.

Case status referred to the District Attorney's Office.

| Prepared By: | | Date: | Approved By: | | Date: |
|---|---|---|---|---|---|
| SKJ1 | JOHNSTON, KELVIN | 10/24/2008 | SPB1 | BALDWIN, PAUL | 10/28/2008 |

CONTROLLED DOCUMENT

BARRETT_00000644