


**United States Department of the Interior**
NATIONAL PARK SERVICE
LAW ENFORCEMENT, SECURITY, AND EMERGENCY SERVICES
INVESTIGATIVE SERVICES BRANCH

## Investigative Activity Report - Report of Interview

| Case Number: | | Report Number: | |
|---|---|---|---|
| NP20035840 | | KM-29 | |
| **Interview Start Date:** 10/22/2021 17:02 | **Interview End Date:** 10/22/2021 18:00 | **Interview Location:** BISHOP, INYO CA USA (IZAAK WALTON PARK) | |
| **Interview Subject:** | | **Lead Interviewer:** | |
| **Subject Address:** | | **Subject Phone:** | |
| | | **SubjectID (DL/FBI/SSN):** | |
| **Attendance:** SPECIAL AGENT | | | |
| **Submitted By:** Special Agent, SA50 | | **Date:** 11/22/2021 | |
| **Approved By:** Supervisory Special Agent, SA41 | | **Date:** 12/06/2021 | |

**SUMMARY:**

On October 22, 2021, ▓▓▓▓ was interviewed in furtherance of this investigation.

**DETAILS:**

On October 22, 2021 at 1700 hours, ▓▓▓▓ was interviewed by me, Special Agent ▓▓▓▓ at Izaak Walton Park, in Bishop, California. ▓▓▓▓ was advised of my identity and he agreed to participate in the interview.

▓▓▓▓ provided the following information:

▓▓▓▓ first met Charles "Charlie" Barrett while rock climbing in Squamish, British Columbia in 2007. During that time BARRETT was dating ▓▓▓▓. ▓▓▓▓ said he had heard different versions of BARRETT assaulting ▓▓▓▓. He said the people who witnessed the incident would not associate with BARRETT afterward due to the violence, but BARRETT maintained the incident was an accident.

▓▓▓▓ encouraged ▓▓▓▓ to go visit BARRETT when he was in jail stemming from the ▓▓▓▓ assault; he did and then he allowed BARRETT to move in with him until he could find another place to live. BARRETT needed a physical address to be released from jail. ▓▓▓▓ asked BARRETT to find another place to live a couple weeks later; he did not remember why.

▓▓▓▓ helped BARRETT write his guidebooks and provided information that was published in the books. He tried to help BARRETT whenever he needed a place to stay or was struggling with alcoholism.

In January 2017, BARRETT called ▓▓▓▓ and asked him to come pick him up at the Buttermilks climbing area; BARRETT told ▓▓▓▓ his truck was stuck in the snow. When BARRETT got to the access road for the climbing area he saw several police cars. He heard the police asking if anyone had seen BARRETT. ▓▓▓▓ left because he did not want to be associated with whatever BARRETT had going on to cause the police to be looking for him.

**GOVERNMENT'S EXHIBIT 13**
1:22-CR-00213-ADA-BAM

BARRETT called ▓▓▓ and pled with ▓▓▓ to come and get him. ▓▓▓ said BARRETT told him he was afraid he would freeze to death if ▓▓▓ did not help him. ▓▓▓ went back, the police were gone, and he picked up BARRETT. He said as he drove BARRETT kept the hood of his sweatshirt over his head and he his head down as if he was hiding, and didn't want anyone to see him.

▓▓▓ wife was gone for the weekend, he said he wanted to help BARRETT so he took him back to his house and allowed him to stay there. At some point, in the evening ▓▓▓ caught BARRETT using his phone to text someone. ▓▓▓ took the phone from BARRETT and told him he would not allow BARRETT to contact anyone using his phone. BARRETT erased the messages and ▓▓▓ said he was unable to see what BARRETT wrote.

The next day he helped BARRETT get his from the rock climbing area. He said BARRETT was very angry with a woman who broke up with him and he wanted to use ▓▓▓ phone to call her. ▓▓▓ said he would not allow BARRETT to use his phone. Shortly after two other rock climbers came over to his house to see BARRETT and he wanted to use their phones to threaten and intimidate a woman. ▓▓▓ said he kicked BARRETT out of his house and told him he couldn't associate with him. He said he allowed BARRETT to sleep in his truck on his property, but he was not going to let him inside his house. ▓▓▓ thought the other rock climbers helped BARRETT intimidate whoever he was threatening.

▓▓▓ said the following day he received a call from a *"very scared young woman"* and she told him BARRETT used his phone to call her and tell her he was going to kill her. He said the woman was crying and truly believed ▓▓▓ and BARRETT were coming after her. ▓▓▓ reassured her and told her that BARRETT was at his house and not coming for her.

Later that day ▓▓▓ received a call from Flakser who told him BARRETT threatened to kill himself in front of her. She called the Inyo County Sheriff's and they arrested BARRETT.

▓▓▓ said in July of 2021, BARRETT asked ▓▓▓ if ▓▓▓ wanted to buy the house BARRETT owned in Beattyville, Kentucky. BARRETT told him there was an investigation involving a claim of sexual assault and he was going to be going back to jail so he wanted to sell his house.

**END OF REPORT**

**ATTACHMENTS:**




**United States Department of the Interior**
NATIONAL PARK SERVICE
LAW ENFORCEMENT, SECURITY, AND EMERGENCY SERVICES
INVESTIGATIVE SERVICES BRANCH

## Investigative Activity Report - Report of Interview

| Case Number: | NP20035840 | Report Number: | KM-30 |
|---|---|---|---|
| Interview Start Date: | 11/10/2021 10:00 | Interview End Date: | 11/10/2021 12:00 |
| Interview Location: | Yosemite, Tuolumne CA USA 95389 (Tuolumne Meadows) (Region: PWR, State/Zone: CA, Area: YOSE, Site: MATHER, Place: TUOLUMNE) | | |
| Interview Subject: | [redacted] | Lead Interviewer: | [redacted] |
| Subject Address: | [redacted] | Subject Phone: | |
| | | SubjectID (DL/FBI/SSN): | |

**Attendance:** SPECIAL AGENT [redacted]

**Submitted By:** [redacted] Special Agent, SA50 — **Date:** 01/18/2022

**Approved By:** [redacted] Supervisory Special Agent, SA41 — **Date:** 01/19/2022

### SUMMARY:

[redacted] was interviewed by me, Special Agent [redacted] via telephone on November 10, 2021. When I interviewed Charles "Charlie" BARRETT in July of 2021, he said [redacted] broke up with him because [redacted] told the owner of the climbing gym he was *"dangerous"*.

[redacted] told me she needed to verify my identity because BARRETT had used numerous false identities to contact her before, she said he sent her text messages from *"fake"* phone numbers impersonating police officers in the past. She contacted the ISB Tip Line to verify I was, prior to speaking with me. She also asked to Facetime and I showed her the office I was working out of. After the interview she was still concerned and I sent her a photo of my badge identification and my driver's license.

### DETAILS:

[redacted] explained she was *"terrified"* of BARRETT because he played *"mind games"* with her, she described stalking, harassment, and verbal abuse. She said she fears for her life because of how BARRETT still obsesses over her and tries to contact her. She dated him Spring of 2017 through Fall of 2017. She said she broke up with him because of abuse directed at her combined with the way he described past incidents of physical and sexual abuse involving other women. She said she was not a part of the climbing community, she did not share any mutual friends with him, and the things she knew of were only from what he told her, or she experienced firsthand.

[redacted] first met BARRETT when he reached out to her through Facebook in April of 2017. She began dating him shortly after. He was living with a friend in Las Vegas at the time. They went on a two month road trip and they traveled to Squamish British Columbia, she noted that when they were returning to the United States the officers separated them at the border and wanted to speak with her alone. She said they wanted to verify she was with BARRETT voluntarily, verses being kidnapped. Towards the end of that trip after [redacted] told BARRETT she was concerned because he was drunk and cruel to her, he abandoned her at a motel in Lander, Wyoming. She had to find a way to get home to Las Vegas.

She described their relationship as going from extremes where BARRETT was loving and caring and then him immediately changing and becoming physically aggressive and verbally berating her. She said after he did this he would post on social media the opposite of what occurred, presenting her as the problem. Then he would apologize profusely, beg her to forgive him, and tell her he could not live without her.

BARRETT told her he had gone to jail in the past because his ex-girlfriend lied and said he hit her, but he was defending himself against her dog, who attacked him, and he accidentally hit his girlfriend.

He told her he wasn't allowed to be in Yosemite, because he threatened to kill himself and had a *"standoff"* with the park rangers.

BARRETT told ▉▉▉ of an incident that occurred many years prior with a famous rock climber. He said he met her at a house they were both staying at, and when she got up from bed to use the restroom he went into the room she was staying in, crawled into the bed, and when she returned he, *"made a pass at her"*, but she was not interested in him. He told ▉▉▉ this woman exaggerated the situation and told people he violently attacked her while she was sleeping.

▉▉▉ said sometime after this BARRETT told her he was asked by the owner of the climbing gym not to go to the gym when a particular woman was there because she was fearful of him. She said it was clear to her from what she had experienced and from what BARRETT told her that he *"had obvious problems with women"*.

BARRETT threatened to kill himself when ▉▉▉ tried to distance herself from him. He called and texted her from different phone numbers, both fake and real, one time impersonating a police officer to make her believe he had actually killed himself. He also sent her messages from several different Facebook and Instagram accounts he created under different aliases or gained access to through friends of his.

▉▉▉ said on several occasions BARRETT checked himself into the emergency room where she worked to try to see her, *"knowing they could not refuse care to anyone"*. She described her co-workers being very concerned for her physical safety because even when they tried to keep her separate from him, he would sneak out of the room to find her. Other times he became belligerent with staff who would not tell him where ▉▉▉ was. Once he was removed from the hospital by security, but he returned several times through different entrances. He was seen trying to break into her vehicle, but left when security told him they were calling the police.

She said BARRETT threatened to make sure she lost her job if she did not get back together with him, on many occasions through text and phone calls. He took action on this and falsely reported to the hospital she misappropriated prescription medications. This resulted in an extensive investigation. ▉▉▉ was eventually cleared, nonetheless the documentation from the false allegation remains on her record.

▉▉▉ said she would come home and find BARRETT sitting in her backyard. She feared to leave her home because he parked in front of her house, or down the street, and would follow her if she left. Once she stepped outside and confronted him and he responded by throwing a glass beer bottle at her; it broke on the side of her house.

In June of 2018, ▉▉▉ obtained a restraining order because she was afraid BARRETT was going to kill her. He was never served with the order because he was transient and did not have a physical address. ▉▉▉ provided documentation from her restraining order. She also provided screen shots of numerous messages when he threatened to make sure she lost her job if she refused to reunite with him. The messages from nine different phone numbers he used to contact her, two belonging to friends of his, and several others from apparent burn or "fake" phone numbers. She provided the text when BARRETT impersonated an officer and informed her he had committed suicide. In that situation ▉▉▉ called BARRETT's then roommate to see if BARRETT was okay and she could hear him talking in the background as if nothing were wrong. She stated, *"I kept everything because I thought if this guy kills me I want evidence."*

▉▉▉ has not responded to any attempts BARRETT has made to contact her since she obtained the restraining order, but she said he continues to try to contact her. She had not heard from him for a long time, until this past July. Since then he has sent her several messages asking for her help and inquiring if she has been contacted by an investigator.

END OF REPORT

ATTACHMENTS:

KM-30, ATTACHMENT 1- Restraining Order Obtained by ▉▉▉

KM-30, ATTACHMENT 2- Screen shots provided by ▉▉▉ showing phone numbers BARRETT has used to contact her, social media addresses used to contact her, and texts messages sent to her.