Case 1:22-cr-00213-ADA-BAM   Document 50-14   Filed 03/20/23  Page 1 of 1   3:09:34PM  2

Start of docket 1

**1**

☐

**ENTERED**

**TYLER PHILLIPS, CLERK**

**JAN 0 5 2021**

LEE CIRCUIT/DIST COURTS

BY _____ D.C.

*No One Appeared passed subject to renote*

**2**    **DI**   **20-S-00007**    **BARRETT, CHARLES  VS.**

☐

☑ ☐ BARRETT, CHARLES

DEFENDANT / RESPONDENT

PLAINTIFF / PETITIONER

☐ Bail Credit Denied   ☐ Danger to self or others   ☐ Flight Risk

**MOTION HOUR**

Sch Memo: *TO BE HEARD AT 11:30 A.M.*

*Trial held. Judgment for Defendant. Mr. Barrett provided no evidence to prove the defendant cut his tires. The Plaintiff testified there were witnesses, however despite a continuance to allow the parties to produce evidence for the court, he could not provide any one to testify on his behalf at trial. Further the Plaintiff testified at the trial that he was an eye witness but that goes against what is reflected in the exhibits he filed with the court. Furthermore no mention was made that he was witness in his sworn petition although he did mention other parties saw it. After the trial was over, the Plaintiff tried to submit ex parte evidence to the clerk which cannot be accepted for many reasons, primarily because the Plaintiff had rested his case. This is a final & appealable order & there is no just cause to delay its entry.*

01/05/2021    09:30 AM    Page 1 of 2    Judge Signature: _____

**GOVERNMENT'S EXHIBIT**

**14**

1:22-CR-00213-ADA-BAM

BARRETT_00000336