


United States Department of the Interior
NATIONAL PARK SERVICE
LAW ENFORCEMENT, SECURITY, AND EMERGENCY SERVICES
INVESTIGATIVE SERVICES BRANCH

## Investigative Activity Report - Report of Interview

| | |
|---|---|
| **Case Number:** NP20035840 | **Report Number:** KM-02 |
| **Interview Start Date:** 04/30/2020 12:00 | **Interview Location:** Yosemite, Tuolumne CA USA 95389 (Tuolumne Meadows) (Region: PWR, State/Zone: CA, Area: YOSE, Site: MATHER, Place: TUOLUMNE) |
| **Interview End Date:** 04/30/2020 13:00 | |
| **Interview Subject:** R | **Lead Interviewer:** KRISTY JEAN MCGEE |
| **Subject Address:** | **Subject Phone:** |
| | **SubjectID (DL/FBI/SSN):** |

**Attendance:**
KRISTY MCGEE,

| | |
|---|---|
| **Submitted By:** KRISTY JEAN MCGEE, Special Agent, SA50 | **Date:** 04/21/2021 |
| **Approved By:** CHRISTOPHER SCOTT KUVLESKY, Supervisory Special Agent, SA41 | **Date:** 04/28/2021 |

**SUMMARY:**

On April 16, 2020          called Yosemite National Park Dispatch and reported a sexual assault that occurred in 2016; she said Charles Barrett was the person who harmed her.         was interviewed by Park Ranger April Stiltz. I conducted follow up with          on April, 30 , 2020.          described being nineteen years old when BARRETT, who she hardly knew strangled her to the point she could not breathe then forcibly raped her both vaginally and anally.  She said she remained with BARRETT for two days in fear for her life and he sexually assaulted her two other times over the course of those days.

         explained in the summer of 2018 she took an online survey concerning sexual assault and sexual harassment within the climbing community and she was subsequently put in contact with another woman named          who was also sexually assaulted by BARRETT. This survey was conducted by #SafeOutside their website can be found within the American Alpine Club's website (https://americanalpineclub.org/safeoutside (https://americanalpineclub.org/safeoutside) ).          said both women were in fear for their lives because BARRETT had been using the climbing community, mutual friends, and social media to threaten and intimidate them.

This report outlines things that have occurred that concern          and cause her to worry she is in danger since BARRETT strangled, sexually assaulted, and forcibly sodomized her.

**DETAILS:**

         explained that she has been living in fear that BARRETT will come after her and may kill her since he assaulted her in Yosemite National Park in August of 2016.  She said she is very worried that BARRETT somehow learned she reported the rape on April 16th; she suspected two recent text messages she received, the first on April 20, 2020 from the number (631) 980-2118 read, *"Hey Baby"*

EXHIBIT
1
1:22-cr-00213-ADA-BAM

BARRETT_00000177

and when ___ replied that the person had the wrong number they messaged, *"Fuck off"*, and the second on April 26, 2020 from the number (573) 416-8217 which read, *"Hey Rin, Hope this is your number. Anyway, I got your number from a friend and want to stay anonymous but I have a few questions for you about a certain person"*, ___ said she did not reply but she suspected both messages were sent from BARRETT to intimidate her. [Note: When I ran both telephone numbers they did not return to valid phone numbers.]

___ described different things BARRETT has done to intimidate both her and ___ In September of 2019 both women had been speaking with investigative reporter ___ about writing an article on BARRETT sexually assaulting them in hopes of protecting other women in the climbing community from him. ___ said BARRETT was making threats towards ___ on social media and through other people and on October 11, 2018 she received email from ___ explaining she had dropped the article. Within the email ___ sent to ___ she wrote, "Likely the reason you haven't heard from ___ is the situation with Charlie has escalated. He continues to post about me on social media, harass me through social and other people —he's basically become a stalker and is trying to convince the climbing world I ruined his life. ___ -he's a total a lunatic and I am really scared of him. I believe he will kill me (and I mean end my life) or cause me great physical harm if we moved forward with this story. I believe he would do the same to you. And that's what I told ___ —I think doing a story about what happened would be irresponsible. …"

___ said on October 26, 2019 she received a text message from BARRETT while she was working at the Daniel Boone Coffee Shop in Red River Gorge, Kentucky; she had not heard from BARRETT since he texted her shortly after sexually assaulting her in 2016. The message read, *"Hey. Know we had a weird time and don't want any awkwardness but is that you? Hope you're crushing. Is this you?"* (See Attached Text String. This message is the next message after ___ messaged BARRETT on 09/14/2016 *"I find it hard to be friends with guys who rape me."*)

___ said there was a loading wheel below the text as if something was trying to load. ___ suspected it was a photo of her, but it never came through. She said she was immediately very fearful that BARRETT knew where she was. She said she broke down in tears and ran out of work hysterically. She said she spent the night with friends because she was afraid to stay alone. She had her ex-boyfriend ___ who is also in the climbing community get on social media to find out where BARRETT was. He told her BARRETT was in the New River Gorge, a four hour drive away from where ___ was. ___ said she was concerned BARRETT was stalking her.

___ said from this point on she monitored social media because she was worried BARRETT would come after her. She noted that the day before BARRETT sent her the text he posted on the climbing website https://www.8anu (https://www.8anu), *"Oh the sweet Karma will get here"* on a repost of a first accent climbing route BARRETT did in Tuolumne Meadows that he named *"Fuck You ___ "*.

___ left Kentucky and moved back to Colorado to be further away from BARRETT.

In February of 2020 BARRETT's Instagram showed BARRETT was in Red River Gorge, Kentucky. ___ learned from another climber BARRETT bought a house in Beattyville, Kentucky.

___ explained BARRETT started harassing and intimidating her ex-boyfriend ___ who lived near Beattyville; she thought this was to get to her.

In February 2020 ___ heard BARRETT was telling people his tires were slashed.

On March 23, 2020 BARRETT posted on Instagram, *"For those worried about my tire situation the same Jeep was seen down in Motherlode that day, not sure who it is but probably some local redneck. I don't think it is         or any of her friends but I haven't ruled that out yet."*

       said she called her ex-boyfriend         (who drives a Jeep) and       told her BARRETT accused him of slashing his tires via Instagram direct message and messaged him, *"I know you dated       I'm sure she said things to you so you have a motive."* (      went by the name       until recently; she changed her name because of her fear of BARRETT)

     said       told her BARRETT also messaged him telling him he knew       and       were no longer a couple. She said       told BARRETT he did not slash his tires.

On April 1, 2020,       told       that BARRETT had been using a local climbing thread to implicate him in slashing his tires and to intimidate him. The climbing thread is redriverclimbing.com.       said BARRET was using an anonymous as the identity to post. She said the posts were violent and bizarre and read:

*"I will be going around slashing tires of any out of state plates I see. Go for it stud."*

*"I hope the next person that is out slashing tires shows up to a gun fight with a knife, if you know what I'm saying."*

*"      slashed Charlie's tires. Twice!! Over some bullshit ex drama. That mother fucker needs to by that guy new tires.       's a pussy ass bitch!!!!"*

       said       told her he had a concerning incident when his dog was barking at night and       saw a person running away from the backside of his house into the forest.       told       BARRETT sent him a message with       license plate number and asked       f it was correct and if       was *"around now."*       believed BARRETT was the person he saw running away from his house.

On April 2, 2020, BARRETT posted a photo of       s Jeep and wrote, *"Headed back to Cali. We know the person who is slashing my tires this Jeep owner is armed and obviously dangerous. I tried to get a restraining order and file a police report but the cops won't do it. I don't feel safe here."*

       said she was told by friends that BARRETT was telling people       slashed his tires because he *"kind of hooked up with one of his ex-girlfriends."*

       provided her telephone to be examined for this investigation.

**END OF REPORT**

**ATTACHMENTS:**

KM-02, ATTACHMENT 1-Email       sent       on October 11, 2018

KM-02, ATTACHMENT 2-Text Messages BARRETT Sent

KM-03, ATTACHMENT 3-Screenshot of Text Message from Unknown Number