PHILLIP A. TALBERT
United States Attorney
ARIN C. HEINZ
MICHAEL G. TIERNEY
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:22-CR-00213-ADA |
|---|---|
| Plaintiff, | STIPULATION OF FACT |
| v. | |
| CHARLES BARRETT, | |
| Defendant. | |

The parties hereby agree and stipulate as follows:

1. Tuolumne Meadows is located within Yosemite National Park. Tuolumne Meadows includes the employee housing area south of the Tuolumne Meadows Grill, the areas of meadows and woods north of the Tuolumne Meadows Grill, and the portions of the Tuolumne River and its banks located within the area.

2. Tuolumne Meadows is in the special maritime and territorial jurisdiction of the United States.

The parties further agree that this stipulation can be read into evidence.

IT IS SO STIPULATED

| | | |
|---|---|---|
| Dated:  June 8, 2023 | | PHILLIP A. TALBERT<br>United States Attorney |
| | By: | /s/ ARIN C. HEINZ<br>/s/ MICHAEL G. TIERNEY<br>ARIN C. HEINZ<br>MICHAEL G. TIERNEY<br>Assistant United States Attorneys |
| Dated: June 8, 2023 | By: | /s/ Timothy Hennessy<br>/s/ David Torres<br>TIMOTHY HENNESSY<br>DAVID TORRES<br>Counsel for Defendant<br>Charles Barrett |

STIPULATION 2