


# United States Department of the Interior
## NATIONAL PARK SERVICE
## LAW ENFORCEMENT, SECURITY, AND EMERGENCY SERVICES
## INVESTIGATIVE SERVICES BRANCH

### Investigative Activity Report - Report of Interview

| | |
|---|---|
| **Case Number:** NP20035840 | **Report Number:** KM-28 |
| **Interview Start Date:** 10/13/2021 16:00 | **Interview End Date:** 10/13/2021 17:00 | **Interview Location:** |
| **Interview Subject:** ▓▓▓▓▓▓ | **Lead Interviewer:** KRISTY JEAN MCGEE |
| **Subject Address:** ▓▓▓▓▓▓ | **Subject Phone:** |
| | **SubjectID (DL/FBI/SSN):** |

**Attendance:** SA KRISTY MCGEE, SA SUZANNE BISCHEL, ▓▓▓▓▓▓

| | |
|---|---|
| **Submitted By:** KRISTY JEAN MCGEE, Special Agent, SA50 | **Date:** 11/22/2021 |
| **Approved By:** CHRISTOPHER SCOTT KUVLESKY, Supervisory Special Agent, SA41 | **Date:** 11/22/2021 |

**SUMMARY:**

On October 13, 2021, ▓▓▓▓▓▓ was interviewed in furtherance of this investigation.

**DETAILS:**

On October 14, 2021, California DOJ Special Agent Suzanne Bischel and I interviewed ▓▓▓▓▓▓ in Bishop, California. ▓▓▓▓▓▓ was provided with our identity she agreed to voluntarily answer our questions. ▓▓▓▓▓▓ was listed as a reporting party in an Inyo County Sheriff's Department arrest report of Charles "Charlie" BARRETT for Disorderly Conduct on January 16, 2017.

NOTE: On January 7, 2017, Barrett was arrested by Sebastopol Police Officers after alluding officers when they responded to a 911 call from his former girlfriend ▓▓▓▓▓▓ During the 911 call the dispatcher noted ▓▓▓▓▓▓ was crying and told them BARRETT was trying to break into her house through her bathroom window, to kill her. The dispatcher relayed to the responding officers BARRETT was heard in the background and ▓▓▓▓▓▓ was screaming for him to leave. This was after ▓▓▓▓▓▓ made several police reports of BARRETT, stalking, harassing, and threatening to kill her. An emergency protection order was signed by the Judge in that situation. There were several CAD reports between Bishop Police Department and Inyo County Sheriff's Department dated January 15 and 16, 2017, indicating people had reported BARRETT was armed with a gun and threatening to kill himself.

We told ▓▓▓▓▓▓ we noted she was the reporting party in the January 17, 2017, Inyo County Sheriff's arrest report. She said she has known BARRETT for more than 15 years, through the rock climbing community. She described BARRETT as *"abusive"* and a *"manipulative psychopath"*. She said at one time she believed BARRETT because he was *"convincing"* and *"charming"*, but after several friends relayed their experiences with BARRETT physically abusing them and threatening their lives she ended her friendship with BARRETT.

She said she called the police on January 17, 2017, because she learned from ▓▓▓▓▓▓ a mutual friend she shared with BARRETT, that BARRETT took ▓▓▓▓▓▓ phone without his permission and used it to threaten the life of a woman ▓▓▓▓▓▓ he had been dating in the Santa Rosa area. She said he did this through both telephone calls and sending text messages to her indicating he was going to come find her and kill her. She stated the text messages read something to the effect, *"if you won't be my girlfriend, I'll hunt you down and kill you."*

BARRETT_00000552

███ said the young woman BARRETT had been threatening reached out to ███ because she feared ███ was going to help BARRETT come after her and kill her. She said this "mortified" ███ because he was a ███ and he did not want to be associated with BARRETT abusing women.

Before learning about this situation of BARRETT using ███ phone to intimidate his former girlfriend, BARRETT called ███ and asked her to pick him up from ███ house and drive him to the hospital; he told her he wanted to stop drinking. ███ drove to ███ house and picked up BARRETT. She drove him to the Bishop Hospital, but when they got there he told her he wanted to go to the Mammoth Hospital instead. She described him being "belligerent" and "controlling", she said he told her if she did not do what he wanted he was going to kill himself in front of her and people would blame her for his death. She said this was the "last straw" for her and she took BARRETT back to ███ house, and left him there. Then she reached out to ███. That's when ███ relayed to her his experience. ███ said she called the Sheriff's Department and reported the incident.

███ recommended we speak with ███ she said ███ dated BARRETT last year and he was abusive to her. She also said ███ told her BARRETT was abusive towards her also, but she added she did not think ███ would want to cooperate with the investigation. She said knew BARRETT was physically violent with his former ███ and she saw bruising and injuries on ███ face, which ███ told her were from BARRETT beating her. ███ said even though BARRETT did this ███ has relayed she would not report to the police.

███ said Bishop's city attorney and his wife were stalked and harassed by BARRETT after an incident BARRETT had with the attorney's wife. She did not know what that incident involved.

███ said her friend ███ lives in Beattyville, Kentucky and ███ has told her she does not like BARRETT being there because he is "dangerous".

███ said she hoped we were successful in whatever we were investigating. She did not think people would come forward because they are afraid of BARRETT coming after them.

END OF REPORT

ATTACHMENTS:

BARRETT_00000553




**United States Department of the Interior**
NATIONAL PARK SERVICE
LAW ENFORCEMENT, SECURITY, AND EMERGENCY SERVICES
INVESTIGATIVE SERVICES BRANCH

## Investigative Activity Report - Report of Interview

| Case Number: | | Report Number: | |
|---|---|---|---|
| NP20035840 | | KM-29 | |
| **Interview Start Date:** 10/22/2021 17:02 | **Interview End Date:** 10/22/2021 18:00 | **Interview Location:** BISHOP, INYO CA USA (IZAAK WALTON PARK) | |
| **Interview Subject:** | | **Lead Interviewer:** KRISTY JEAN MCGEE | |
| **Subject Address:** | | **Subject Phone:** | |
| | | **SubjectID (DL/FBI/SSN):** | |
| **Attendance:** SPECIAL AGENT KRISTY MCGEE AND | | | |
| **Submitted By:** KRISTY JEAN MCGEE, Special Agent, SA50 | | **Date:** 11/22/2021 | |
| **Approved By:** CHRISTOPHER SCOTT KUVLESKY, Supervisory Special Agent, SA41 | | **Date:** 12/06/2021 | |

**SUMMARY:**

On October 22, 2021, ▇▇▇ was interviewed in furtherance of this investigation.

**DETAILS:**

On October 22, 2021 at 1700 hours, ▇▇▇ was interviewed by me, Special Agent Kristy McGee, at Izaak Walton Park, in Bishop, California. ▇▇▇ was advised of my identity and he agreed to participate in the interview.

▇▇▇ provided the following information:

▇▇▇ first met Charles "Charlie" Barrett while rock climbing in Squamish, British Columbia in 2007. During that time BARRETT was dating ▇▇▇. ▇▇▇ said he had heard different versions of BARRETT assaulting ▇▇▇. He said the people who witnessed the incident would not associate with BARRETT afterward due to the violence, but BARRETT maintained the incident was an accident.

Lisa Rands encouraged ▇▇▇ to go visit BARRETT when he was in jail stemming from the ▇▇▇ assault; he did and then he allowed BARRETT to move in with him until he could find another place to live. BARRETT needed a physical address to be released from jail. ▇▇▇ asked BARRETT to find another place to live a couple weeks later; he did not remember why.

▇▇▇ helped BARRETT write his guidebooks and provided information that was published in the books. He tried to help BARRETT whenever he needed a place to stay or was struggling with alcoholism.

In January 2017, BARRETT called ▇▇▇ and asked him to come pick him up at the Buttermilks climbing area; BARRETT told ▇▇▇ his truck was stuck in the snow. When BARRETT got to the access road for the climbing area he saw several police cars. He heard the police asking if anyone had seen BARRETT. ▇▇▇ left because he did not want to be associated with whatever BARRETT had going on to cause the police to be looking for him.

BARRETT_00000554

BARRETT called ▆▆▆ and pled with ▆▆▆ to come and get him. ▆▆▆ said BARRETT told him he was afraid he would freeze to death if ▆▆▆ did not help him. ▆▆▆ went back, the police were gone, and he picked up BARRETT. He said as he drove BARRETT kept the hood of his sweatshirt over his head and he his head down as if he was hiding, and didn't want anyone to see him.

▆▆▆ wife was gone for the weekend, he said he wanted to help BARRETT so he took him back to his house and allowed him to stay there. At some point, in the evening ▆▆▆ caught BARRETT using his phone to text someone. ▆▆▆ took the phone from BARRETT and told him he would not allow BARRETT to contact anyone using his phone. BARRETT erased the messages and ▆▆▆ said he was unable to see what BARRETT wrote.

The next day he helped BARRETT get his from the rock climbing area. He said BARRETT was very angry with a woman who broke up with him and he wanted to use ▆▆▆ phone to call her. ▆▆▆ said he would not allow BARRETT to use his phone. Shortly after two other rock climbers came over to his house to see BARRETT and he wanted to use their phones to threaten and intimidate a woman. ▆▆▆ said he kicked BARRETT out of his house and told him he couldn't associate with him. He said he allowed BARRETT to sleep in his truck on his property, but he was not going to let him inside his house. ▆▆▆ thought the other rock climbers helped BARRETT intimidate whoever he was threatening.

▆▆▆ said the following day he received a call from a *"very scared young woman"* and she told him BARRETT used his phone to call her and tell her he was going to kill her. He said the woman was crying and truly believed ▆▆▆ and BARRETT were coming after her. ▆▆▆ reassured her and told her that BARRETT was at his house and not coming for her.

Later that day ▆▆▆ received a call from ▆▆▆ who told him BARRETT threatened to kill himself in front of her. She called the Inyo County Sheriff's and they arrested BARRETT.

▆▆▆ said in July of 2021, BARRETT asked ▆▆▆ if ▆▆▆ wanted to buy the house BARRETT owned in Beattyville, Kentucky. BARRETT told him there was an investigation involving a claim of sexual assault and he was going to be going back to jail so he wanted to sell his house.

END OF REPORT

ATTACHMENTS: