| | SEBASTOPOL POLICE DEPARTMENT | Page 1 |
|---|---|---|
| | CAD INCIDENT REPORT 2001070054 | 06/02/2020 |

| Location | Cross Streets | City |
|---|---|---|
| | | SEBASTOPOL |

| Incident Type | Call Taker | Dispatcher |
|---|---|---|
| 166.4 - VIOLATION OF COURT ORDER | FRONT | 464 |

| Date | Priority | Primary Unit | Beat | Fire Zone | Area | Map | Source |
|---|---|---|---|---|---|---|---|
| 01/07/2020 | 3 | S5 | | | | | TELEPHONE CALL |

| Caller Name | Caller Address | Caller Phone |
|---|---|---|
| | | |

| Dispositions | Weapon | Alm Level | Case Number |
|---|---|---|---|
| Advice Given | | | |

| Vehicles | Associated Incidents |
|---|---|
| | |

**Incident Times**
Received 20:08:48
Created 20:12:48
Dispatched 20:13:32
En Route
On Scene 20:18:09
Closed 20:42:23
Rcvd-Closed 33:35

**Special Circumstances**

| Persons | Sex | DOB | Race | DL |
|---|---|---|---|---|
| Barrett, Charles Joseph | M | 03/28/1984 | White | D5020462/CA |

| Unit Times | Officers | Dispatched | Enroute | On Scene | Clear | Disp-On Scene | Enrt-On Scene | On Scene-Clear | Disp-Clear |
|---|---|---|---|---|---|---|---|---|---|
| S5 | 411 | 20:13:32 | | 20:18:09 | 20:42:23 | 04:37 | N/A | 24:14 | 28:51 |

**Incident Comments**
rp says ex boyfriend violated restraining order via email and facebook messanger

| TIME | # | EVENT | BY |
|---|---|---|---|
| 20:12:48 | 1 | Incident initiated at | FRONT |
| 20:13:32 | 2 | S5 DISP. | 464 |
| 20:16:53 | 3 | S5 | added to | 464 |
| | 4 | incident | |
| 20:16:53 | 5 | S5 10-27: D7570494 | 464 |
| 20:16:53 | 6 | S5 Wanted Check: | 464 |
| 20:16:54 | 7 | S5 Missing Persons Check: | 464 |
| 20:16:54 | 8 | S5 APPS: | 464 |
| 20:18:09 | 9 | S5 10-97. | 464 |
| 20:24:30 | 10 | S5 BARRETT, CHARLES JOSEPH (03/28/1984) D5020462/CA added to incident | 464 |
| 20:24:31 | 11 | S5 10-27: D5020462 | 464 |
| 20:24:31 | 12 | S5 Wanted Check: BARRETT,CHARLES - 03/28/1984 | 464 |
| 20:24:31 | 13 | S5 Missing Persons Check: BARRETT,CHARLES - 03/28/1984 | 464 |
| 20:24:31 | 14 | S5 APPS: BARRETT,CHARLES - 03/28/1984 | 464 |
| 20:42:23 | 15 | S5 10-8. | 464 |
| 20:42:25 | 16 | S5 Closed - Disposition AD | 464 |

Controlled Document
Not to be Duplicated
TO: U.S Dept of Interior
BY: 3492P
DATE: 06-02-2020
SEBASTOPOL P.D.

CONTROLLED DOCUMENT - NOT TO BE DUPLICATED