**HOGAN LOVELLS US LLP**
Trenton H. Norris (Bar No. 164781)
*Designated Counsel for Service*
Joseph T. Spoerl (Bar No. 330245)
4 Embarcadero Center, Suite 3500
San Francisco, California  94111
Telephone:     (415) 374-2300
Facsimile:      (415) 374-2499
trent.norris@hoganlovells.com
joseph.spoerl@hoganlovells.com

*Attorneys for K.G.*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:22-CR-00213-ADA-BAM |
| Plaintiff, | **JOINT STIPULATION AND ORDER TO CONTINUE HEARING AND SET BRIEFING SCHEDULE** |
| v. | |
| CHARLES BARRETT, | Assigned to:  Hon. Ana de Alba |
| Defendant. | |

Plaintiff United States of America ("USA"), Defendant Charles Barrett ("Defendant"), and K.G., who is identified in the indictment (collectively, "Parties"), by and through their respective counsel, stipulate as follows:

1. WHEREAS, on August 7, 2023, Defendant moved the Court "to order the government to obtain K.G.'s psychiatric medical records to include prescriptions from 2014 to the present date";

2. WHEREAS, on August 10, 2023, USA filed its Motion in Limine Regarding Discovery of Victim's Mental Health Records ("Motion") (ECF No. 107);

3. WHEREAS, on August 22, 2023, the Court scheduled a hearing on USA's Motion for Monday, September 25, 2023 at 10 a.m., and set the following briefing schedule:
   - Defendant's Opposition to Motion ("Opposition") due September 6, 2023;
   - USA's Reply in support of Motion due September 14, 2023 (ECF No. 110);

4. WHEREAS, on August 30, 2023, and August 31, 2023, counsel for K.G. filed their Notices of Appearance with the Court (ECF Nos. 114, 115);

**NOW, THEREFORE, IT IS HEREBY STIPULATED and AGREED**, by and between the undersigned counsel, that, subject to Court approval:

1. K.G.'s counsel shall have until September 21, 2023 to file their brief regarding USA's Motion;

2. Defendant shall have until September 27, 2023 to file a response to K.G.'s brief.

3. The hearing on USA's Motion shall be continued to October 2, 2023 at 10 a.m.

//
//
//

**IT IS SO STIPULATED.**

Respectfully Submitted,

Dated:  August 30, 2023

By:   */s/ Trenton H. Norris*
Trenton H. Norris
Joseph T. Spoerl
*Attorneys for K.G.*

Dated:  August 30, 2023

By:   */s/ David A. Torres*
David A. Torres
Timothy Hennessey
*Attorneys for Defendant*
CHARLES BARRETT

Dated:  August 30, 2023

By:   */s/ Arin C. Heinz*
Arin C. Heinz
Michael G. Tierney
*Attorneys for Plaintiff*
Assistant United States Attorney

# **ORDER**

Pursuant to the stipulation of the Parties, it is HEREBY ORDERED that:

1. K.G.'s counsel shall file their brief regarding USA's Motion in Limine on or before Thursday, September 21, 2023;

2. Defendant may file a response to K.G.'s brief on or before Wednesday, September 27, 2023;

3. The hearing on USA's Motion in Limine shall be continued one week to Monday, October 2, 2023 at 10 a.m.

IT IS SO ORDERED.

Dated:   September 5, 2023

_____
UNITED STATES DISTRICT JUDGE