TORRES | TORRES STALLINGS
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Email: dtorres@lawtorres.com

Attorney for:
CHARLES BARRETT

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES BARRETT,<br><br>Defendants. | Case No.  1:22-CR-00213<br><br><br>**STIPULATION AND ORDER TO**<br><br>**VACATE BAIL REVIEW MOTION** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE SHEILA K. K. OBERTO, UNITED STATES MAGISTRATE JUDGE; PHILIP A. TALBERT, UNITED STATES ATTORNEY, ARIN HEINZ AND MICHAEL TIERNEY, ASSISTANT UNITED STATES ATTORNEY FOR PLAINTIFF; AND PRETRIAL SERVICES OFFICE:

   A Motion for Bail Review was filed on or about August 25, 2023. The matter was scheduled to be heard today, September 6, 2023.  Based upon information received early this morning counsel has decided to drop this matter entirely. As such, counsel is requesting this matter be vacated from the court calendar.

Dated: September 6, 2023                                      Respectfully Submitted,

                                                              */s/ David A. Torres*
                                                              David A. Torres
                                                              Attorney for Charles Barrett

1

# **ORDER**

**IT IS SO ORDER** that the Bail Review Motion currently set for Wednesday, September 6, 2023, be vacated.

Date: 9/6/2023

_Sheila K. Oberto_
SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE