PHILLIP A. TALBERT
United States Attorney
MICHAEL G. TIERNEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:22-CR-00213-ADA-BAM |
|---|---|
| Plaintiff, | ORDER SEALING DOCUMENTS AS SET FORTH IN GOVERNMENT'S NOTICE |
| v. | |
| CHARLES BARRETT, | |
| Defendant. | |

Pursuant to Local Rule 141(b) and based upon the representation contained in the government's Request to Seal, IT IS HEREBY ORDERED that the following documents to be sealed: United States' Response to the Defendant's Second Supplemental Motion in Limine Pursuant to FRE 412 pertaining to defendant CHARLES BARRETT, and Government's Request to Seal shall be SEALED until further order of this Court.

It is further ordered that access to the sealed documents shall be limited to the Government and counsel for the Defendant and K.G.

The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in the Government's request, sealing the Government's motions and exhibits serves a compelling interest.

The Court further finds that disclosure would harm the compelling interests identified by the Government. In light of the public filing of its request to seal, the Court further finds that there are no

additional alternatives to sealing the Government's Motions and exhibits that would adequately protect the compelling interests identified by the Government.

IT IS SO ORDERED.

Dated:   September 15, 2023

_____
UNITED STATES DISTRICT JUDGE