1  PHILLIP A. TALBERT
United States Attorney
2  ARIN C. HEINZ
MICHAEL G. TIERNEY
3  Assistant United States Attorneys
2500 Tulare Street, Suite 4401
4  Fresno, CA 93721
Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6
Attorneys for Plaintiff
7  United States of America

8
IN THE UNITED STATES DISTRICT COURT
9
EASTERN DISTRICT OF CALIFORNIA
10

11  UNITED STATES OF AMERICA,                    CASE NO.  1:22-CR-00213-ADA

12                          Plaintiff,          STIPULATION RE: REVIEW OF MENTAL
                                                HEALTH RECORDS
13                   v.

14  CHARLES BARRETT,

15                          Defendant.

16

17       Plaintiff United States of America ("USA"), Defendant Charles Barrett ("Defendant"), and K.G.,

18  who is identified in the indictment (collectively, "Parties"), by and through their respective counsel,

19  stipulate as follows:

20       1.  The Defendant agrees to submit a motion to request records directed to the mental health

21           providers in accordance with Federal Rule of Criminal Procedure 17. The Defendant will

22           file his motion no later than Friday, November 17, 2023.

23       2.  K.G. will provide the names of her mental health providers from May 2014 until August

24           2018, and last known addresses of said providers, to counsel for the Government and

25           counsel for the Defendant. K.G. will provide this information no later than Friday,

26           November 24, 2023. These records will be subject to a protective order that limits their

27           review, possession, and dissemination to attorneys' eyes only.

28       3.  If the Court grants the Defendant's request for Rule 17 subpoenas to be issued to K.G.'s

STIPULATION                                    1

1  mental health providers, any responsive records from the providers will be directed to the

2  Court and K.G.'s counsel. Neither the Government nor the Defendant will take

3  possession of responsive records until K.G.'s counsel and the Court have reviewed the

4  records and the Court has determined the portion of these records that is non-privileged.

5      4. K.G.'s counsel will review the responsive records and propose redactions to the Court

6         based on K.G.'s mental health privilege.

7      5. After the Court reviews the proposed redactions, and approves some or all of the

8         redactions, K.G's counsel will provide counsel for the Government and counsel for the

9         Defendant with redacted mental health records containing the non-privileged records.

10         These records will be subject to a protective order that limits their review, possession,

11         and dissemination to attorneys' eyes only, except that any expert consultants used by the

12         Government and the Defendant may review and possess the records.

13      6. The Government and the Defendant will be required to file Motions in Limine prior to

14         trial outlining what information, if any, from these records they intend to use during the

15         trial. These motions must be filed within fourteen days of receipt of the mental health

16         records. A hearing will be held to determine the admissibility of any evidence from

17         K.G.'s mental health records.

18      7. At trial, the Government and Defendant agree that if the evidence adduced changes the

19         admissibility determination previously outlined by the Court, the Government and

20         Defendant will request a hearing outside of the jury's presence to address the

21         admissibility of K.G.'s records.

22  **IT IS SO STIPULATED.**

23                            Respectfully Submitted,

24  ///

25

26  ///

27  ///

28

STIPULATION                 2

Dated:  November 13, 2023

By:  */s/ Trenton H. Norris*
Trenton H. Norris
Joseph T. Spoerl
*Attorneys for K.G.*

Dated:  November 14, 2023

By:  */s/ David A. Torres*
David A. Torres
Timothy Hennessey
*Attorneys for Defendant*
CHARLES BARRETT

Dated:  November 13, 2023

By:  */s/ Arin C. Heinz*
Arin C. Heinz
Michael G. Tierney
*Attorneys for Plaintiff*
Assistant United States Attorney

**ORDER**

Pursuant to the stipulation of the Parties, the Court HEREBY ORDERS the above procedure for

the handling of K.G.'s mental health records.

IT IS SO ORDERED.

Dated:    November 15, 2023

_____
UNITED STATES DISTRICT JUDGE

STIPULATION

3