PHILLIP A. TALBERT
United States Attorney
ARIN C. HEINZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES BARRETT,<br><br>Defendant. | CASE NO. 1:22-CR-00213-ADA-BAM<br><br>ORDER SEALING COURT ORDER |
|---|---|

IT IS HEREBY ORDERED that the Court's Second Order on Motions in Limine (ECF 144) be sealed as required under Federal Rule of Evidence 412(2).

It is further ordered that access to the sealed documents shall be limited to the Government and counsel for the Defendant.

IT IS SO ORDERED.

Dated: December 5, 2023

_____
JENNIFER L. THURSTON
U.S. District Judge