# Placeholder

**Description:**

**Government's Exhibit 1, October 9, 2023 Jail Call Total Count: 1**

**Size: ~22.8 MB**

# PROVIDED VIA THUMB DRIVE

# Placeholder