PHILLIP A. TALBERT
United States Attorney
MICHAEL G. TIERNEY
ARIN C. HEINZ
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 559-4000
Facsimile: (559) 559-4099

Attorneys for the
 United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:22-CR-00213-NODJ-BAM |
|---|---|
| Plaintiff, | |
| v. | JOINT STATUS REPORT |
| CHARLES BARRETT, | |
| Defendant. | |

**BACKGROUND**

This matter is scheduled for trial on February 6, 2024. ECF 109. The matter is also scheduled for a status conference hearing on December 21, 2023. ECF 161. On December 8, 2023, the Court ordered the parties to file a joint status report addressing four matters: 1) whether the parties will be ready to proceed to trial as scheduled; 2) the number and type of motions the parties anticipate will need to be resolved prior to trial; 3) a proposed briefing schedule for remaining motions; and 4) other information that may aid in meeting the current trial date. *Id*. The parties' response appears below.

**STATUS REPORT**

1. Parties' readiness for trial beginning February 6, 2024

The parties will be ready to proceed to trial as scheduled on February 6, 2024. The parties estimate approximately nine full court days for the trial.

1

2. <u>Remaining motions in limine</u>

The parties do not currently contemplate significant motion practice except as regards mental health records of victim K.G.  The parties entered into a stipulation on November 15, 2023 to address disclosure of such records.  ECF 146 (the "Mental Health Stipulation").  The Mental Health Stipulation contemplates the parties will file motions in limine prior to trial.  *Id*. at 2.

The parties also note there is a pending fully-briefed motion for bail review. ECF 158, 161. The motion is scheduled to be heard on December 27, 2023 in front of Magistrate Judge Oberto.  ECF 163.

3. <u>Motions in limine schedule</u>

The parties propose that any motions in limine regarding mental health records be filed on January 22, 2024 with oppositions due January 29, 2024.  The parties prefer a compressed schedule close to the trial date because they are unable to estimate when the records may be received from the records holders.  The parties can further update the Court regarding the current status relating to the mental health matters at the status conference on December 21, 2023.

4. <u>Remaining matters</u>

The parties do not have any remaining matters that they believe will affect the trial date.

Respectfully submitted,

PHILLP A. TALBERT

United States Attorney

DATED: December 18, 2023                By:/s/ Michael G. Tierney
                                        Michael G. Tierney
                                        Assistant United States Attorney

Dated:  December 18, 2023

                                        By: /s/ TMOTHY P. HENNESSY
                                        TIMOTHY P. HENNESSY
                                        Attorney for Charles Barrett