PHILLIP A. TALBERT
United States Attorney
MICHAEL G. TIERNEY
ARIN C. HEINZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>   v.<br><br>CHARLES BARRETT,<br><br>       Defendant. | CASE NO. 1:22-CR-00213-ADA-BAM<br><br>GOVERNMENT'S REQUEST FOR COPIES OF SEALED FILINGS; ORDER<br><br>TRIAL DATE: February 6, 2024<br>TIME:   8:00 am<br>COURT: NODJ |

**REQUEST**

Plaintiff United States of America, by and through its counsel of record, hereby request copies of conformed, docketed versions of the following sealed documents: 51, 52, 58, 59, 74-76, 95-97, 100, 102, 103, 105, 125-130, 134-136, 141, 148, 149, 150 and 152. These documents are necessary to prepare for trial.

The United States believes that each party filing the sealed documents complied with Local Rule 141(b) and served copes of the documents "on all parties on or before the day they [were] submitted to the Court." The United States believes it therefore already possesses each of the documents it now requests. However, the copies it received under Local Rule 141(b) are not conformed and therefore they do not reflect a docket number. Often, a request to seal documents results in several sealed docket entries, and the United States does not know which document it received or sent under Local Rule

141(b) corresponds to the docket's sealed event.  To easily refer to each pleading, The United States is entitled to receive conformed, filed copies of each of the listed documents.  The United States does not object to the Court providing copies of each document to counsel for the defense.

Dated:  December 22, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ MICHAEL G. TIERNEY
MICHAEL G. TIERNEY
Assistant United States Attorney

**FINDINGS AND ORDER**

The Court hereby orders copies of the following conformed and filed docket entries be provided to the attorneys for the United States: 51, 52, 58, 59, 74-76, 95-97, 100, 102, 103, 105, 125-130, 134-136, 141, 148, 149, 150 and 152.

IT IS SO ORDERED.

Dated:  **December 22, 2023**

/s/
UNITED STATES MAGISTRATE JUDGE