**HENNESSY LAW GROUP**
Timothy P. Hennessy, SBN 286317
1217 l. Street
Bakersfield, CA 93301
Tel: (661)237-7179
Email: tph@hennessylawgroup.com

**TORRES|TORRES STALLINGS**
**A LAW CORPORATION**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Email: dtorres@lawtorres.com

Attorneys for Defendant:
CHARLES BARRETT

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   Plaintiff,   v.   CHARLES BARRETT,   Defendants. | Case No. 1:22-CR-00213 JAM-BAM   DEFENSE ANTICIPATED MOTION(S) |

The defense anticipates filing the following:

1. Motion to reconsider the Magistrates decision to prohibit introduction of K.G.'s psychiatric diagnosis and prescriptions from May 2014 through August 2018.

The defense reserves the right to file additional motions should the circumstance arise in the defense of defendant, Charles Barrett.

///

1

| | | |
|---|---|---|
| 1 | Dated: January 19, 2024 | Respectfully Submitted, |
| 2 | | */s/ Timothy P. Hennessey* |
| | | Timothy P. Hennessey |
| 3 | | Attorney for Defendant |
| | | Charles Barrett |

Dated: January 19, 2024

Respectfully Submitted,
*/s/ David A Torres*
DAVID A. TORRES
Attorney for Defendant
Charles Barrett