**HENNESSY LAW GROUP**
Timothy P. Hennessy, SBN 286317
1217 l. Street
Bakersfield, CA 93301
Tel: (661)237-7179
Email: tph@hennessylawgroup.com

**TORRES|TORRES STALLINGS**
**A LAW CORPORATION**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Email: dtorres@lawtorres.com

Attorneys for Defendant:
CHARLES BARRETT

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:22-cr-00213 JAM-BAM |
| Plaintiff, | DEFENSE WITNESS LIST |
| v. | |
| CHARLES BARRETT, | |
| Defendants. | |

Defendant, Charles Barrett, by and through his attorneys of record, hereby submit the following list of witnesses he may call during the defense case-in-chief.

1. Jason Hawks
2. Dr. William O'Donohue
3. Dr. Madeleine Lansky
4. Dr. David Taylor
5. Kim Stafford, PI

6. Lynn Leichtfuss

7. Travis Lombardo

8. Tim Terry, II

9. Lisa Rand

The defense requests leave to call additional witnesses during trial if necessary.

Dated: January 22, 2024

Respectfully Submitted,
*/s/ Timothy P. Hennessey*
Timothy P. Hennessey
Attorney for Defendant
Charles Barrett

Dated: January 22, 2024

Respectfully Submitted,
*/s/ David A Torres*
DAVID A. TORRES
Attorney for Defendant
Charles Barrett