1 **HENNESSY LAW GROUP**
Timothy P. Hennessy, SBN 286317
2 1217 l. Street
Bakersfield, CA 93301
3 Tel: (661)237-7179
4 Email: tph@hennessylawgroup.com

5 **TORRES|TORRES STALLINGS**
**A LAW CORPORATION**
6 David A. Torres, SBN135059
7 1318 K. Street
Bakersfield, CA 93301
8 Tel: (661)326-0857
Email: dtorres@lawtorres.com
9

10 Attorneys for Defendant:
11 CHARLES BARRETT

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:22-CR-00213 JAM-BAM |
| Plaintiff, | DEFENSE PROPOSED VOIR DIRE |
| v. | |
| CHARLES BARRETT, | |
| Defendants. | |

The defense hereby submits the following Voir Dire for the court's consideration and review.

## PSYCHOLOGICAL TESTIMONY

1. Have you ever known anyone who consulted with a psychologist or psychiatrist?

2. What do you think about psychologists or psychiatrists?

3. Have you or anyone you have ever known suffered from a mental illness?

    -Would you mind telling us about that?

1

4. If there is testimony that an individual in this case suffered from a mental illness, will that influence your evaluation of that person's testimony?

## SEXUAL ASSAULT

1. Have you, any family member or close friend ever been the victim of any type of sexual assault? __YES __NO, If YES, please explain:

2. Have you ever heard of a situation where a person was sexually assaulted but did not immediately report the incident? __YES __NO, If YES, why didn't that person report the incident right away?

3. Have you ever known of a situation where a person claimed to have been sexually assaulted and the person who was accused of the assault claimed that the other person consented? __YES __NO, If YES, what was your reaction to that situation?

4. Do you know anyone who falsely claimed to have been the victim of a sexual assault? __YES __NO, If YES, what were your feelings about that situation?

5. Have you, any family member or close friend ever worked or volunteered at any rape crisis center, crisis hotline, shelter for abused women, or any similar organization? __YES __NO, If YES, please tell us which organization(s) and why you/they chose to work or volunteer:

6. Have you, any family member, or close friend ever worked or trained as a psychologist, psychiatrist, social worker, counselor, or in any related area working with sexual abuse victims? __YES __NO, If YES, please explain:

7. Do you know anyone who suffers from Post Traumatic Stress Disorder (PTSD) from a sexual assault? __YES __NO, If YES, please explain:

## I. FALSE ACCUSATIONS

1. If a person claims that she was raped several times, what would be more reliable proof that something did happen, the testimony from the person or physical evidence that something happened? Why do you feel this way?

2. Who would have doubts about the charges if there was no physical evidence of rape?

**RIGHT TO TESTIFY**

1. Mr. Barrett is going to exercise his right to remain silent, and not testify. How many of you here will hold it against Charles Barrett for not testifying?

2. Mr. Barrett has been in-custody since August 29, 2022, is there anyone here who will hold that against him? If so, why?

Dated: January 30, 2024,	Respectfully Submitted,
	*/s/ Timothy P. Hennessey*
	Timothy P. Hennessey
	Attorney for Defendant
	Charles Barrett


Dated: January 30, 2024	Respectfully Submitted,
	*/s/ David A Torres*
	DAVID A. TORRES
	Attorney for Defendant
	Charles Barrett