**HENNESSY LAW GROUP**
Timothy P. Hennessy, SBN 286317
1217 l. Street
Bakersfield, CA 93301
Tel: (661)237-7179
Email: tph@hennessylawgroup.com

**TORRES|TORRES STALLINGS**
**A LAW CORPORATION**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Email: dtorres@lawtorres.com

Attorneys for Defendant:
CHARLES BARRETT

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>CHARLES BARRETT,<br><br>   Defendants. | Case No. 1:22-CR-00213 JAM-BAM<br><br>PROPOSED NEUTRAL STATEMENT OF THE CASE |

   Defendant, Charles Barrett, respectfully submits the proposed neutral statement of the case:

   Charles Barrett is charged in a three-count Indictment arising from a weekend in Yosemite National Park. He is alleged to have assaulted the victim, (Full name), three separate times. Count One charges Mr. Barrett with a violation of 18 U.S.C. §2241(a)(1) (Aggravated Sexual Abuse) for an alleged assault that occurred in a meadow.  Count Two charges Charles Barrett with violating 18 U.S.C. §2244(b)(2) (Abusive Sexual Contact) for an alleged sexual assault that

occurred by a river.  Count Three charges Charles Barrett with violating 18 U.S.C. §2241(a)(1) (Aggravated Sexual Abuse) for an alleged sexual assault that occurred in a shower. The events occurred during the weekend of August 13 and 14, 2016, and were reported to law enforcement on April 16, 2020.

Dated:  January 30, 2024

    Respectfully Submitted,
    **/s/ Timothy P. Hennessey**
    Timothy P. Hennessey
    Attorney for Defendant
    Charles Barrett

Dated:  January 30, 2024

    Respectfully Submitted,
    **/s/ David A Torres**
    DAVID A. TORRES
    Attorney for Defendant
    Charles Barrett