**HENNESSY LAW GROUP**
Timothy P. Hennessy, SBN 286317
1217 l. Street
Bakersfield, CA 93301
Tel: (661)237-7179
Email: tph@hennessylawgroup.com

**TORRES|TORRES STALLINGS
A LAW CORPORATION**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Email: dtorres@lawtorres.com

Attorneys for Defendant:
CHARLES BARRETT

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. CHARLES BARRETT, Defendants. | Case No. 1:22-CR-00213 JAM-BAM DEFENSE REQUEST TO ALLOW WITNESS TO TESTIFY VIA ZOOM |

   The Defendant, Charles Barrett, respectfully asks this court to allow defense witness Lisa Rands to testify via Zoom. Ms. Rands lives in Chattanooga, Tennessee, and we are informed or believe therein, that Ms. Rands recently underwent hip surgery. Further, her physician has placed restrictions on her mobility thus making it difficult for her to fly to California to testify on behalf of the defense. Medical documentation is forthcoming.

///

///

| | |
|---|---|
| Dated: January 30, 2024 | Respectfully Submitted, <br> **/s/ Timothy P. Hennessey** <br> Timothy P. Hennessey <br> Attorney for Defendant <br> Charles Barrett |
| Dated: January 30, 2024 | Respectfully Submitted, <br> **/s/ David A Torres** <br> DAVID A. TORRES <br> Attorney for Defendant <br> Charles Barrett |