**HENNESSY LAW GROUP**
Timothy P. Hennessy, SBN 286317
1217 l. Street
Bakersfield, CA 93301
Tel: (661)237-7179
Email: tph@hennessylawgroup.com

**TORRES|TORRES STALLINGS**
**A LAW CORPORATION**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Email: dtorres@lawtorres.com


Attorneys for Defendant:
CHARLES BARRETT

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:22-cr-00213 JAM-BAM |
| Plaintiff, | FINAL DEFENSE WITNESS LIST |
| v. | |
| CHARLES BARRETT, | |
| Defendants. | |


    Defendant, Charles Barrett, by and through his attorneys of record, hereby submit the following list of witnesses he may call during the defense case-in-chief.

1. Jason Hawks

2. Dr. William O'Donohue

3. Dr. Madeleine Lansky

4. Dr. David Taylor

5. Kim Stafford, PI

6. Lynn Leichtfuss

7. Travis Lombardo

8. Tim Terry, II (aka Tim Real)*

9. Lisa Rand

10. William Ramsey*

The defense requests leave to call additional witnesses during trial if necessary.

Dated: January 30, 2024           Respectfully Submitted,
**_/s/ Timothy P. Hennessey_**
Timothy P. Hennessey
Attorney for Defendant
Charles Barrett

Dated: January 30, 2024           Respectfully Submitted,
**_/s/ David A Torres_**
DAVID A. TORRES
Attorney for Defendant
Charles Barrett

*Also on the Government's Witness List