Case 1:22-cr-00213-JAM-BAM   Document 206   Filed 02/01/24   Page 1 of 4

PHILLIP A. TALBERT
United States Attorney
MICHAEL G. TIERNEY
ARIN C. HEINZ
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:22-CR-00213-JAM-BAM |
|---|---|
| Plaintiff, | GOVERNMENT'S EXHIBIT LIST |
| v. | DATE: February 5, 2024 |
| CHARLES BARRETT, | TIME: 9:00 a.m. |
| Defendant. | COURT: Hon. John A. Mendez |

The United States, by and through its undersigned counsel, hereby submits the following list of exhibits it intends to introduce in its case-in-chief:

| **EXHIBIT NO.** | **DESCRIPTION** | **BATES RANGE** | **IDENTIFIED** | **ADMITTED** |
|---|---|---|---|---|
| 1 | Walk through video – Puppy Dome Swim Hole | BARRETT_00000723 | | |
| 2 | Photo of swim hole | BARRETT_00011027 | | |
| 3 | Group photo at Puppy Dome provided by Tim Real | BARRETT_00000542 | | |
| 4 | Group photo with metadata | BARRETT_00000544 | | |

| | | | | |
|---|---|---|---|---|
| 5 | Two photos of employee housing | BARRETT_00011030- BARRETT_00011031 | | |
| 6 | Photo of parking lot/ Dumpsters | BARRETT_00015466 | | |
| 7 | Photo of the general store | BARRETT_00011039 | | |
| 8 | Six photos of the employee shower | BARRETT_00011032- BARRETT_00011033, and BARRETT_00011035- BARRETT_00011038 | | |
| 9 | Meadow video | BARRETT_00015462 | | |
| 10 | Meadow photo | BARRETT_00015464 | | |
| 11 | Evening forest photo | BARRETT_00015463 | | |
| 12 | Evening forest video | BARRETT_00015459 | | |
| 13 | Photo of K.G. at Cathedral Lake hike | BARRETT_00015294 | | |
| 14 | Charlie Barrett interview transcript | BARRETT_00010799- BARRETT_00010940 | | |
| 15 | K.G. Timeline | BARRETT_00000160- BARRETT_00000167 | | |
| 16 | Safe Outside Survey | BARRETT_00011461 | | |
| 16.1 | Responses from K.G. | BARRETT_00011461 | | |
| 16.2 | Responses from S.F. | BARRETT_00011461 | | |
| 17 | Text messages from Barrett to K.G. | BARRETT_00000174 Digital Evidence Item-13 | | |

| 18 | Instagram conversation between Barrett and K.G. | BARRETT_00016059-BARRETT_00016060 | | |
| --- | --- | --- | --- | --- |
| 19 | Photograph of K.G. and Barrett | Digital Evidence Item-4 | | |
| 20 | Recorded calls – Note Calls | BARRETT_00015302; BARRETT_00011153 and BARRETT_00015315; BARRETT_00011155 | | |
| 20.1 | Recorded calls – Note Calls Audio only | BARRETT_00015302; BARRETT_00011153 | | |
| 20.2 | Recorded calls – Note Calls redacted clip of transcript | BARRETT_00013461-BARRETT_00013463; BARRETT_00014915-BARRETT_00014916 | | |
| 21 | Recorded call – Something Will Happen | BARRETT_00015382; BARRETT_00000765 | | |
| 21.1 | Recorded call – Something Will Happen (Audio only) | BARRETT_00015382; BARRETT_00000765 | | |
| 21.2 | Recorded call – Something Will Happen (Redacted clip of transcript) | BARRETT_00015701 | | |
| 22 | Recorded call – Just Lie | BARRETT_00013008; BARRETT_00015582 | | |
| 22.1 | Recorded call – Just Lie (Audio only) | BARRETT_00013008; | | |

| | | | | |
|---|---|---|---|---|
| 22.2 | Recorded call – Just Lie (Redacted clip of transcript) | BARRETT_00015582 | | |
| 23 | Photograph of S.F. | BARRETT_00015456 | | |
| 24 | Photograph of E.B. | BARRETT_00015454 | | |
| 25 | Photograph of J.V. | BARRETT_00016067 | | |
| 26 | Photograph of Barrett | BARRETT_00016068 | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## **ADDITIONAL EXHIBITS DURING TRIAL**

Leave is respectfully requested to include such other and additional exhibits as may become appropriate during the course of the trial.

Dated:  February 1, 2024                                    PHILLIP A. TALBERT
                                                                                    United States Attorney

                                                                         By:  /s/MICHAEL G. TIERNEY
                                                                                    MICHAEL G. TIERNEY
                                                                                    ARIN C. HEINZ
                                                                                    Assistant United States Attorneys