PHILLIP A. TALBERT
United States Attorney
MICHAEL G. TIERNEY
ARIN C. HEINZ
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:22-CR-00213-JAM-BAM |
| Plaintiff, | |
| v. | UNITED STATES OF AMERICA'S WITNESS LIST |
| CHARLES BARRETT, | DATE: February 5, 2024 |
| Defendant. | TIME: 9:00 a.m. |
| | COURT: Hon. John A. Mendez |

The United States, by and through its undersigned counsel, hereby submits the following list of witness it may call in its case-in-chief:

1. **Dr. Mindy Mechanic**

2. **Dr. Jenifer Markowitz**

3. **Dr. Matthew Soulier**

4. **Dr. Brittaney Vargas**

5. **Luisana Baires**

6. **J.V.**

7. **K.G.**

8. **E.B.**

9. **S.F.**

10. **Officer Steven Stover**

**11. National Park Ranger April Stiltz**

**12. Special Agent Les Seago**

**13. Special Agent Kristy McGee**

**14. Special Agent Leszek Kwiatkowski**

**15. Charlene Lieu**

**16. Michelle Felix**

**17. Asher Wolf**

**18. Aaron Brouwer**

**19. William Ramsey**

**20. Chris Kollatz**

**21. Timothy Real**

The United States requests leave to call additional witnesses, if necessary, during the course of the trial, including any witnesses who appear on the defendant's witness list.

Dated:  January 31, 2024

PHILLIP A. TALBERT
United States Attorney


By:  /s/ MICHAEL G. TIERNEY
MICHAEL G. TIERNEY
ARIN C. HEINZ
Assistant United States Attorney