**HENNESSY LAW GROUP**
Timothy P. Hennessy, SBN 286317
1217 l. Street
Bakersfield, CA 93301
Tel: (661)237-7179
Email: tph@hennessylawgroup.com

**TORRES|TORRES STALLINGS**
**A LAW CORPORATION**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Email: dtorres@lawtorres.com

Attorneys for Defendant:
CHARLES BARRETT

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:22-CR-00213 JAM-BAM |
| Plaintiff, | DISPUTED JURY INSTRUCTION |
| v. | |
| CHARLES BARRETT, | |
| Defendants. | |

The defense hereby submits the following Jury Instruction for the court's consideration and review.

Dated: February 1, 2024,                                   Respectfully Submitted,
                                                                          ***/s/ Timothy P. Hennessy***
                                                                          Timothy P. Hennessy
                                                                          Attorney for Defendant
                                                                          Charles Barrett
                                                                          Respectfully Submitted,

Dated: February1, 2024                                    ***/s/ David A Torres***
                                                                          DAVID A. TORRES
                                                                          Attorney for Defendant
                                                                          Charles Barrett

DISPUTED JURY INSTRUCTION

1

INSTRUCTION NO. ___

Evidence has been admitted that the defendant may have (been intoxicated) (suffered from diminished capacity) at the time that the crime charged was committed. (Intoxication can result from being under the influence of alcohol or drugs or both)

You may consider evidences of the defendant's (intoxication)(diminished capacity) in deciding whether the government has proven beyond a reasonable doubt that the defendant acted with the required intent to commit (                              )

9TH CIR. CRIM. JURY INSTR. 6.23 (2022)
GIVEN _____
GIVEN AS MODIFIED __
REFUSED _____
WITHDRAWN _____

1