IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:22-CR-00213-JAM |
| Plaintiff, | STIPULATION OF EXPECTED TESTIMONY |
| v. | |
| CHARLES BARRETT, | |
| Defendant. | |

The parties hereby agree and stipulate to the expected testimony of two witnesses: Stephanie Forte and Rene Keyzer-Andre.

A. <u>If re-called as a witness, Stephanie Forte would testify</u>:

1. I had a conversation in March 2020 with Rene Keyzer-Andre and Margarita Martinez.  They lived in an area of Kentucky to which Charles Barrett had recently moved.

2. I have known Mr. Keyzer-Andre and Ms. Martinez since the 1990s.

3. I called to warn them that local women might begin reporting sexual assault claims against Barrett and should be believed.

4. I told Mr. Keyzer-Andre and Ms. Martinez that Mr. Barrett had sexually assaulted me.  I used the term "sexual assault" to describe what Mr. Barrett did.  I did not share details of the assault with them.

B. <u>If called as a witness Rene Keyzer-Andre would testify</u>:

1. I and my wife Margarita Martinez had a conversation with Stephanie Forte in March 2020.

2. As the time, my wife and I lived in an area of Kentucky to which Charles Barrett had recently moved.

3. I have known Stephanie Forte since the 1990s.

4. Ms. Forte called us to warn us that Mr. Barrett had sexually assaulted women and that we should pass a warning about Mr. Barrett to local female climbers.

STIPULATION

1

5. Ms. Forte used terms like "sexual assault" and "assault" during the conversation.

6. We asked Ms. Forte whether Mr. Barrett had done anything to her.  She stated that he had not.  She stated that Barrett had made a pass and her and she had shut him down.

7. I and my wife exchanged further messages with Ms. Forte around this time.  Ms. Forte stated that she was scared of Mr. Barrett.

IT IS SO STIPULATED

Dated:  February 9, 2024                    PHILLIP A. TALBERT
                                            United States Attorney


                                            */s/ ARIN C. HEINZ*
                                        By: */s/ MICHAEL G. TIERNEY*
                                            ARIN C. HEINZ
                                            MICHAEL G. TIERNEY
                                            Assistant United States
                                            Attorneys

Dated:  February 9, 2024                    */s/ TIMOTHY HENNESSY*
                                        By: */s/ DAVID TORRES*
                                            TIMOTHY HENNESSY
                                            DAVID TORRES
                                            Counsel for Defendant
                                            Charles Barrett

STIPULATION

2