```
 1                    GRAND JURY 2021-01

 2                EASTERN DISTRICT OF CALIFORNIA

 3

 4

 5

 6

 7

 8

 9          REPORTER'S TRANSCRIPT OF PROCEEDINGS

10                  TESTIMONY OF [         ]

11             FROM 9:06 A.M. to 11:05 A.M.

12           AT 2500 TULARE STREET, SUITE 4401

13                THURSDAY, AUGUST 4, 2022

14

15

16

17

18   FOR THE GOVERNMENT:

19   PHILLIP A. TALBERT

20   UNITED STATES ATTORNEY

21   BY:  KIMBERLY SANCHEZ and JESSICA A. MASSEY

22   ASSISTANT UNITED STATES ATTORNEYS

23   U.S. DEPARTMENT OF JUSTICE

24   2500 TULARE STREET, SUITE 4401

25   FRESNO, CALIFORNIA 93721
```

```
 1  that he wanted to take a shower and that I should come -- or
 2  maybe he didn't say I should come, but he led me to the
 3  showers.  And they are like these steel or metal like doors
 4  so it's fully enclosed.  There's no space under the door or
 5  anything like that.
 6       Q.   Was it a public shower?
 7       A.   It was for the staff at the general store.  It was
 8  by the tent cabins behind the general store through the
 9  parking lot.  I remember -- I think I might have asked about
10  food, and he said -- I'm not sure, but I remember just being
11  really hungry and having asked about food because I had
12  brought some bars with me.  I hadn't seen him eat or say or
13  leave any time for that and he didn't say anything about
14  eating dinner.  I had been on this hike, I ate everything
15  that I had.
16            He led me to the shower and pulled on some doors
17  and then opened one that was his favorite one and he
18  was -- I noticed he was somewhat drunk at this time because
19  the way he was talking was becoming incoherent and --
20       Q.   Did you perceive him to have been drinking when
21  you were at the swimming hole?
22       A.   I don't remember.  I couldn't say, but it became
23  clear to me that he must be drunk because of the way he was
24  talking and moving.
25       Q.   Was he slurring his words or was he having trouble
```

```
 1  forming sentences?  What was it about the way he was talking
 2  that led you to that conclusion?
 3       A.   Both.  Like, I could tell he was saying words but
 4  I couldn't make out what they were quite, and he was sort of
 5  moving slightly sloppily.  Then he closed the door and
 6  turned on the shower and I stood there and I was scared and
 7  I just stood in the other corner.  It's a small room with
 8  like a tiled floor and there's really not much space in it
 9  at all between the wall and the shower curtain and then the
10  other wall.
11            He stepped in and I didn't for a while and I was
12  crying and he -- he grabbed me at that point and I don't
13  remember if he took off my clothes or told me to take them
14  off.  I remember being in the shower turning away from him
15  and trying to make myself small and moving as far away from
16  him as I could, which wasn't very far which was the corner
17  of the shower and knowing what was happening and crying and
18  telling him that I was in a lot of pain and I couldn't -- I
19  didn't want to have sex.  And he was pressing himself up
20  against me and me into the corner and into the wall facing
21  me as I was facing away and he forced my legs open and was
22  pressing me against the wall and if he was saying anything,
23  it wasn't coherent and I was telling him to stop and that it
24  hurt.
25            And he again raped me and forcibly entered me with
```

```
 1  his penis without protection or any conversation and I
 2  remember it being so painful and stinging and rough that I
 3  was audibly making -- not screaming, screaming.  I wasn't
 4  screaming for help because I was scared to do that, but I
 5  was screaming, if that makes sense.
 6      Q.  You were making noises that manifested that it
 7  hurt when he was touching you in your vaginal area or your
 8  anal area; is that accurate?
 9      A.  Yes.
10      Q.  Did he penetrate you with his fingers or his penis
11  or both?
12      A.  His penis, maybe both.  I don't remember that.
13      Q.  But his penis for sure?
14      A.  Yes.
15      Q.  I'm sorry to be asking this so bluntly.  In your
16  vagina, your anus or both?
17      A.  Both.
18      Q.  What happened to stop the assault?
19      A.  Again, I think he just at some point stopped,
20  decided he had enough.  He didn't say anything.  I just
21  stopped and put on -- started putting on his clothes and so
22  I put my on.  Maybe there was a towel, I don't remember, and
23  led me back to his cabin and, again, laid on -- this time he
24  physically me put me on the bed and laid on top of me and
25  then kind of continued to try to grab and kiss me and I
```