```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
```

FILED
Feb 12, 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,                         JURY NOTE #1

  Plaintiff,

  v.                              Case No.:  1:22-CR-00213-JAM-BAM

CHARLES BARRETT,

  Defendant.

FOR COURT USE
Date: 02/12/2024
Time: 10:45AM

Date: 2/12
Time: 1040

The jury has reached a unanimous verdict:  YES: ____  NO: ____

The jury has the following question(s):

In Regards to jury instruction #13, what is the "Statement" being bypassed

DATED: 2/2/24

JUROR/FOREPERSON

1