UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FILED**
Feb 12, 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>      v.<br><br>CHARLES BARRETT,<br><br>             Defendant. | No.  1:22-CR-00213 JAM-BAM<br><br>RESPONSE TO NOTE #1 FROM JURY |

11:05 am
02/12/2024

The United States introduced evidence of numerous "statements" that were attributed to the defendant, including but not limited to statements allegedly made by the defendant to Katrin Gentry, Jennifer Vinson, Emily Brumbaugh and Stephanie Forte.  The jury instruction should be read to mean "statements" rather than just one "statement."

DATED: February 12, 2024

_____
JOHN A. MENDEZ
Senior United States District Judge