UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>CHARLES BARRETT,<br><br>　　　　　　　Defendant. | CASE NO.  1:22-cr-00213-JAM-BAM<br><br>**WITNESS LIST**<br><br>**Presiding Judge**: The Honorable John A. Mendez<br>**Courtroom Deputy**: M York<br>**Trial Dates**: 02/05/2024 – 02/13/2024 |

GOVERNMENT'S ATTORNEY: Michael Tierney and Arin Heinz

DEFENDANT'S ATTORNEY: Timothy Hennessy and David Torres

COURT REPORTER: Maryann Valenoti

| NAME | DATE TESTIFIED |
|---|---|
| Jennifer Vinson | 02/06/2024 |
| Timothy Real | 02/06/2024 |
| Katrin Gentry | 02/06/2024, 02/07/2024, and 02/09/2024 |
| Asher Wolf | 02/07/2024 |
| Dr. Jenifer Markowitz | 02/07/2024 |
| Emily Brumbaugh | 02/08/2024 |
| Stephanie Forte | 02/08/2024 |
| Charlene Lieu | 02/08/2024 |
| Dr. Mindy Mechanic | 02/08/2024 |