UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,                JURY NOTE #3

   Plaintiff,

   v.                                    Case No.:  1:22-CR-00213-JAM-BAM

CHARLES BARRETT,

   Defendant.

|  | FOR COURT USE |
|---|---|
| Date: 2/13/24 | Date: 2/13/2024 |
| Time: 0941 | Time: 9:52 AM |

The jury has reached a unanimous verdict: YES: ✓  NO: ____

The jury has the following question(s):

We have a verdict

DATED: 2/13/24

JUROR/FOREPERSON

1