UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>      v.<br><br>CHARLES BARRETT,<br><br>             Defendant. | No.  1:22-CR-00213 JAM-BAM<br><br><br>**VERDICT FORM** |

We, the jury in the above-entitled matter, unanimously find the following verdict(s) as to defendant Charles Barrett:

Count 1 – Aggravated Sexual Abuse, 18 U.S.C. § 2241(a)(1)

Not Guilty _____              Guilty __✓___

Count 2 - Abusive Sexual Contact, 18 U.S.C. § 2244(b)

Not Guilty _____              Guilty __✓___

Count 3 - Aggravated Sexual Abuse, 18 U.S.C. § 2241(a)(1)

Not Guilty _____              Guilty __✓___

Sign and return this verdict.

DATED: February 13, 2024             ███████████████