PHILLIP A. TALBERT
United States Attorney
ARIN C. HEINZ
MICHAEL G. TIERNEY
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:22-CR-213-JAM-BAM |
|---|---|
| Plaintiff, | UNITED STATES' SUPPLEMENTAL SENTENCING MEMORANDUM |
| v. | |
| CHARLES BARRETT, | |
| Defendant. | |

The United States submits this supplemental sentencing memorandum to highlight statements made by defendant Charles Barrett in several jail calls made within the last two weeks that reflect his continuing refusal to accept responsibility for his crimes. Barrett's statements instead attempt to deflect blame onto the victims, the court system, and the National Park Service and to cast himself as a victim of a false prosecution. The calls are filed with the Clerk of Court as Exhibit 1 to this Supplemental Sentencing Memorandum. ECF 257.

On May 13, 2024, on a call to his uncle at 5:04 pm, Barrett referred to the victims' accounts as "wild" and "crazy" – claiming the trial amounted to "random girls saying whatever they wanted."[1] On the same call, Barrett claimed he had not received a "fair trial."[2] Barrett explained he was writing a book

---

[1] Ex. 1 (2024_0513 504) at 9:44-9:55 ("I had to listen to these stories for the first time myself because I didn't know what they were gonna say. What the fuck is this? Make up whatever you want.")

[2] Id. at 7:36. Regarding Barrett's fairness concern, the Court continued sentencing based on Barrett's representations that he did not have enough time to familiarize himself with the PSR. However,

1

and read a portion of the book he wrote that addressed the "metoo" movement. The portion[3] read:

> I trust the system. I have faith it will work in favor of the truth. What you're doing [in reference to the victims in this case] isn't a victimless crime. Far from it. Not only have you ruined my life for the time being, but it has also trickled down and affected my family, friends, and the climbing community as a whole. But the worst of it all is that it has affected the men and women who have actually been assaulted. You guys [in reference to the victims in this case] are single handedly setting back the work of the people, their families, their friends, who are working tirelessly to have a voice as actual victims and for justice to be served.

As the Court heard at trial and as the jury found, Barrett sexually assaulted women over the course of several years—frequently by using violence or force. Yet, Barrett continues to refer to these women as not "actual victims," repeatedly referring to their accounts as lies. When referencing the victims' accounts outlined in the Presentence Report, he called it "lie after lie after lie after lie."[4] Barrett's statements represent the opposite of responsibility and remorse.

Barrett on May 21, 2024, at 7:50 pm, also claimed the accusations were part of a National Park Service conspiracy because they "have it out for me."[5] Specifically, Barrett claimed the case was "coming from the National Park Service. It doesn't have anything to do with K.G…K.G. was a scape goat, like a reason to do this."[6] He claimed that he is in fear of his life as a result.[7] He reiterated these sentiments on another call with his Dad that same day.[8] Barrett's jail calls continue to show a complete lack of remorse and a mentality of victimhood that cannot be rehabilitated.

---

in the days leading up to the sentencing hearing, he indicated a familiarity with the PSR on multiple phone calls. For example, on a call dated May 13, 2024, at 2:58 pm Barrett explained to his father that his criminal history points total 9 points. Ex 1 (2024_513 258 at 7:20-7:50). On another call that day at 5:04 pm, Barrett discussed his criminal convictions and the time he is facing. Ex. 1 (2024_0513 504); at 2:20-3:20 Barrett discusses criminal convictions; at 4:50-5:15 Barrett discusses the prison sentence he is facing and how they "know it's coming." Additionally, on May 22, 2024, at 10:22 am, after reviewing a paper copy of the PSR, Barrett explained to his friend that he "called [sentencing] off" and he's "gonna keep doing it." Ex. 1 (2024_0522 1022) at 2:03-3:00 ("my next one will probably get moved too because I need to go down and get my paperwork and figure stuff out…I won't be ready to go. So, they will bring me into court next time and I'm gonna walk in and everyone's gonna be there again and…I'll say 'I'm not' [ready to go]).

[3] Ex. 1 (2024_0513 504 at 12:10-12:57).

[4] Ex. 1 (2024_0521 750 at 7:45-8:36).

[5] Ex. 1 (2024_0521 750 at 2:06-3:00 and 5:18).

[6] Id.

[7] Ex. 1 (2024_0521 750 at 4:08-4:21 and 4:54-5:01) ("It is to the point where I am scared for my life")

[8] Ex. 1 (2024_0521 809 at 5:15-5:33 and 5:46-8:00)

2

Dated: May 28, 2024

PHILLIP A. TALBERT
United States Attorney

By: */s/ MICHAEL G. TIERNEY*
    */s/ ARIN C. HEINZ*
    ARIN C. HEINZ
    MICHAEL G. TIERNEY
    Assistant United States Attorneys