**TORRES | TORRES STALLINGS**
**A LAW CORPORATION**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Email: dtorres@lawtorres.com

Attorney for:
CHARLES BARRETT

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:22-cr-00213-JAM-BAM |
| Plaintiff, | **ORDER GRANTING MOTION TO TERMINATE CJA APPOINTMENT OF DAVID A. TORRES AS ATTORNEY OF RECORD (ECF No. 268)** |
| v. | |
| CHARLES BARRETT, | |
| Defendants. | |

Having reviewed the notice and found that attorney David A. Torres has completed the services for which he was appointed, the Court hereby **GRANTS** the motion and attorney David A. Torres is **RELIEVED** as counsel.

**IS IT SO ORDERED**.

Dated: June 17, 2024                    /s/ John A. Mendez
                                        THE HONORABLE JOHN A. MENDEZ
                                        SENIOR UNITED STATES DISTRICT JUDGE

1