# UNITED STATES DISTRICT COURT

Eastern **District of** California

| UNITED STATES | | |
|---|---|---|
| Plaintiff (s), | | **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY** |
| V. | | |
| CHARLES BARRETT | | |
| Defendant (s), | | CASE NUMBER: 1:22-CR-00213-JAM-BAM |

Notice is hereby given that, subject to approval by the court, _____ substitutes
(Party (s) Name)

DONALD BRUCE MARKS , State Bar No. 43538 as counsel of record in place
(Name of New Attorney)

place of Timothy Hennessy & David A. Torres
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| Firm Name: | MARKS & BROOKLIER, CRIMINAL DEFENSE ATTORNEYS |
|---|---|
| Address: | 2121 AVENUE OF THE STARS, SUITE 800 LOS ANGELES, CA 90067 |
| Telephone: | 310-273-7166    Facsimile  310-407-5433 |
| E-Mail (Optional): | MARKSBROOKLIER@YAHOO.COM |

I consent to the above substitution.
Date: X 6/15/2024

X _____
(Signature of Party (s))

I consent to being substituted.
Date: 6/11/2024

_____
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 7/8/24

_____
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: July 11, 2024                    /s/ John A. Mendez
                                            Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]