IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES BARRETT,<br><br>Defendant. | CASE NO. 1:22-cr-00213-JAM-BAM<br><br>**ORDER DIRECTING PAYMENT OF RESTITUTION**<br><br>COURT: Hon. John A. Mendez |

## ORDER

The Court has reviewed and considered the stipulation of the parties that was filed on July 9, 2024. Good cause appearing for the requested action,

IT IS HEREBY ORDERED that the defendant **PAY** restitution totaling **$70,197.20** to K.G.

IT IS FURTHER ORDERED that the restitution hearing scheduled for August 20, 2024, is **VACATED**.

The United States Attorney's Office, through its Victim Witness Unit, will provide to the Clerk's Office, Financial Department, the name and mailing address to use for distribution of the restitution payment for this victim.

IT IS SO ORDERED.

Dated: July 11, 2024         /s/ John A. Mendez
                             THE HONORABLE JOHN A. MENDEZ
                             SENIOR UNITED STATES DISTRICT JUDGE

1