PHILLIP A. TALBERT
United States Attorney
MICHAEL G. TIERNEY
ARIN C. HEINZ
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 559-4000
Facsimile: (559) 559-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES BARRETT,<br><br>Defendant. | CASE NO. 1:22-cr-00213-JAM-BAM<br><br>**STIPULATION AND ORDER FOR SEALED TRANSCRIPTS**<br><br>COURT: Hon. John A. Mendez |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, Arin C. Heinz and Michael G, Tierney, and defendant, by and through counsel for defendant, Mr. Donald B. Marks, agree as follows:

1. There are sealed transcripts of proceedings from two motion hearings held on July 12, 2023, and August 8, 2023. The proceedings were sealed as required under Federal Rule of Evidence (FRE) 412. FRE 412(c) provides "unless the court orders otherwise, the motion, related materials, and the record of the hearing must be and remain sealed."

2. In the interest of complying with FRE 412, the parties request that the Court allow the

1

sealed transcripts to be produced to the government and appellate defense counsel for the limited purpose of Mr. Barrett's pending appeal. In light of the sensitive information discussed during these sealed hearings, the parties further agree to the following protections for the transcripts:

3. The sealed transcripts will not be posted to the public docket. However, the government and appellate defense counsel will be provided with the transcripts of the sealed proceedings for both hearing dates.

4. Both parties will store the transcripts in a secure place and will use reasonable care to ensure that it is not disclosed to third parties in violation of this agreement.

5. Defense Counsel shall be responsible for advising the Defendant, employees, and other members of the defense team, and defense witnesses of the contents of this Stipulation and Order.

6. Defense Counsel will not provide Mr. Barrett with a copy of the sealed transcripts but can discuss the contents of the hearing with Mr. Barrett to prepare for the pending appeal.

Respectfully submitted,

PHILLP A. TALBERT
United States Attorney

DATED: July 15, 2024

By:/s/ *ARIN C. HEINZ*
Arin C. Heinz
Michael G. Tierney
Assistant United States Attorneys

Dated:  July 15, 2024

By: */s/ DONALD B. MARKS*
DONALD B. MARKS
Attorney for Charles Barrett

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CHARLES BARRETT,<br><br>　　　　Defendant. | CASE NO.  1:22-cr-00213-JAM-BAM<br><br>**ORDER REGARDING SEALED TRANSCRIPTS**<br><br>COURT: Hon. John A. Mendez |

　　　The Court has reviewed and considered the stipulation of the parties that was filed on July 15, 2024.

　　　IT IS HEREBY ORDERED that the government and appellate defense counsel be provided copies of the sealed transcripts for hearings held on July 12, 2023, and August 8, 2023. The transcripts will **REMAIN SEALED** from the public. The protections stipulated by the parties are hereby ordered pursuant to Federal Rule of Evidence 412.

　　　IT IS SO ORDERED.

Dated: July 15, 2024　　　　　　　　　　/s/ John A. Mendez
　　　　　　　　　　　　　　　　　　　THE HONORABLE JOHN A. MENDEZ
　　　　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE